United States District Court
Central District of California
255 East Temple Street
Los Angeles, California 90012

Margaret M. Morrow
United States District Judge

Telephone
(213) 894-2949

August 15, 2006

Hon. Ortrie D. Smith, Chair
Judicial Conference of the United States
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C. 20544

Re: *Amended Financial Disclosure Report - Reporting Period 2005*

Dear Judge Smith:

In response to your letter of July 26, 2006, I enclose my amended 2005 Financial Disclosure Report dated August 15, 2006.

Please let me know if you have additional questions.

Very truly yours,



# 2nd AMENDED

## FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2005

Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)

AO-10
Rev. 1/2004

| 1. Person Reporting (Last name, First name, Middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| MORROW, MARGARET M | U.S. District Court, CACD | 8/15/2006 |

| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. ReportType (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U. S. District Judge - Active | ● Nomination, Date  ○ Initial  ⦿ Annual  ○ Final | 1/1/2005 to 12/31/2005 |

| 7. Chambers or Office Address | 8. ●n the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| United States District Court 255 E. Temple St., Ste. 770 Los Angeles, California 90012 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | Ninth Circuit Historical Society |
| 2. Trustee | Bryn Mawr College - Board of Trustees |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED 2006 AUG 21 P 2: 58 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2005 | California Courts of Appeal, Second Appellate District, Salary |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Bryn Mawr College | March 3-5: Bryn Mawr, PA - Bryn Mawr College, Board of Trustees Meeting - (Air Transportation, Meals) |
| 2. | Bryn Mawr College | May 5-7: Bryn Mawr, PA - Bryn Mawr College, Board of Trustees Meeting - (Air Transportation, Meals) |
| 3. | Bryn Mawr College | October 20-22: Bryn Mawr, PA - Bryn Mawr College, Board of Trustees Meeting - (Air Transportation, Meals) |
| 4. | American Bar Association | September 29 - October 1: Chicago, IL - Member of the Federal Practice Task Force of the ABA Section of Litigation (continued below) - |
| 5. | | - Leadership and Task Force Meeting - (Air Transportation, Ground Transportation, Lodging, Meals) |
| 6. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 8/15/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Van Kampen American Capital, Pace Fund-A - IRA | | None | L | T | | | | | |
| 2. Vanguard Windsor II Fund - IRA | A | Dividend | J | T | | | | | |
| 3. Wells Fargo Bank - IRA | A | Interest | J | T | | | | | |
| 4. BROKERAGE ACCOUNT #1 - INDIVIDUAL RETIREMENT ACCOUNT | E | Div. & Int. | P1 | T | | | | | |
| 5. - Cash equivalent - Smith Barney | | | | | | | | | |
| 6. - International Paper Company - common stock | | | | | | | | | |
| 7. - Union Pacific Corp. - common stock | | | | | | | | | |
| 8. - Alcoa Inc. - common stock | | | | | Partial sale | 11/21 | J | A | |
| 9. - | | | | | Final sale | 11/22 | J | A | |
| 10. - Wyeth - common stock | | | | | | | | | |
| 11. - American International Group, Inc. - common stock | | | | | | | | | |
| 12. - Amgen Inc. - common stock | | | | | Partial sale | 6/21 | J | | |
| 13. - Apple Computer Inc. - common stock | | | | | Partial sale | 2/14 | J | B | |
| 14. | | | | | Final sale | 3/18 | J | B | |
| 15. - Applied Materials Inc. - common shares | | | | | Final sale | 4/21 | J | | |
| 16. - Sanofi-Aventis ADR - com. stk. - (formerly Aventis ADR) | | | | | | | | | |
| 17. - Baker Hughes Inc. - common stock | | | | | | | | | |
| 18. - Bank of New York Inc. - common stock | | | | | | | | | |

1. Income/Gain Codes:  A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)  U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 8/15/2006 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. - Bemis Company Inc. - common stock | | | | | | | | | |
| 20. - BP PLC ADR - common stock | | | | | | | | | |
| 21. - C.H. Robinson Worldwide - common stock | | | | | Partial sale | 2/8 | J | A | |
| 22. - | | | | | Partial sale | 6/14 | J | A | |
| 23. - | | | | | Partial sale | 11/16 | J | A | |
| 24. - Cadbury Schweppes PLC ADR - common stock | | | | | | | | | |
| 25. - Canon Inc. ADR - common stock | | | | | | | | | |
| 26. - Catalina Marketing Corporation - common stock | | | | | | | | | |
| 27. - Cincinnati Financial Corporation - common stock | | | | | | | | | |
| 28. - Cintas Corporation - common stock | | | | | | | | | |
| 29. - Cisco Systems Inc. - common stock | | | | | | | | | |
| 30. - Danske Bank A/S ADR - common stock | | | | | | | | | |
| 31. - Deere & Company - common stock | | | | | | | | | |
| 32. - Dell Computer Inc. - common stock | | | | | | | | | |
| 33. - Diageo PLC ADR - common stock | | | | | | | | | |
| 34. - Eaton Vance Corp. - common stock | | | | | | | | | |
| 35. - ENI S.P.A. ADR - common stock | | | | | | | | | |
| 36. - Equifax Inc. - common stock | | | | | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,001-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000

3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | MORROW, MARGARET M | 8/15/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent or int) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37.  - Exxon Mobil Corporation - common stock | | | | | | | | | |
| 38.  - Fair Isaac & Co. Inc. - common stock | | | | | | | | | |
| 39.  - Bank of America - common stock | | | | | | | | | |
| 40.  - Genentech Inc. - common stock | | | | | Partial sale | 4/12 | J | A | |
| 41.  - | | | | | Partial sale | 8/19 | J | A | |
| 42.  - General Electric Company - common stock | | | | | | | | | |
| 43.  - Heineken NV ADR - common stock | | | | | | | | | |
| 44.  - HSBC Holdings PLC ADR - common stock | | | | | | | | | |
| 45.  - IMS Health Inc. - common stock | | | | | Final sale | 8/29 | J | A | |
| 46.  - Jack Henry & Associates Inc. - common stock | | | | | | | | | |
| 47.  - JP Morgan Chase & Company - common stock | | | | | Partial sale | 9/7 | J | A | |
| 48.  - Maxim Integrated Products Inc. - common stock | | | | | | | | | |
| 49.  - Mellon Financial Corporation - common stock | | | | | Final sale | 11/31 | J | A | |
| 50.  - Microsoft Corporation - common stock | | | | | Partial buy | 12/8 | J | | |
| 51.  - Nestle - SA ADR common stock | | | | | | | | | |
| 52.  - Network Applicance Inc. - common stock | | | | | | | | | |
| 53.  - Novartis AG ADR - common stock | | | | | Partial sale | 2/4 | J | A | |
| 54.  - Pepsico Inc. - common stock | | | | | | | | | |

1. Income/Gain Codes:   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
  P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000

3. Value Method Codes:   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 8/15/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. - Pixar Inc. - common stock | | | | | | | | | |
| 56. - Potash Corp. Sask. Inc. - common stock | | | | | Partial sale | 7/20 | J | A | |
| 57. - Progressive Corporation - common stock | | | | | | | | | |
| 58. - Qualcomm Inc. - common stock | | | | | | | | | |
| 59. - Royal Dutch Schell PLC ADR -common stock | | | | | | | | | Name change 7/20/05 |
| 60. - A T &T- common stock (formerly SBC Communications Inc.) | | | | | Partial buy | 8/12 | J | | Name change – 2005 |
| 61. - Schlumberger Ltd. - common stock | | | | | | | | | |
| 62. - Target Corporation - common stock | | | | | Partial sale | 3/3 | J | A | |
| 63. - | | | | | Final sale | 5/18 | J | A | |
| 64. - Teleflex Inc. - common stock | | | | | | | | | |
| 65. - Tootsie Roll Industries - common stock | | | | | Partial buy | 8/18 | J | | |
| 66. - Total S.A. ADR - common stock | | | | | | | | | |
| 67. - Unilever PLC ADR - common stock | | | | | | | | | |
| 68. - Valspar Corporation - common stock | | | | | | | | | |
| 69. - Verizon Communications - common stock | | | | | | | | | |
| 70. - Wal-Mart Stores Inc. - common stock | | | | | Partial buy | 9/14 | J | | |
| 71. - | | | | | Partial sale | 12/13 | J | | |
| 72. - Waste Management Inc. - common stock | | | | | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns D1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

# FINANCIAL DISCLOSURE REPORT
## Page 5 of 33

Name of Person Reporting
MORROW, MARGARET M

Date of Report
8/15/2006

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent or int) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 73. - Wells Fargo & Company - common stock | | | | | Partial sale | 7/5 | J | A | |
| 74. - | | | | | Final sale | 7/6 | J | A | |
| 75. - Xilinx Inc. - common stock | | | | | | | | | |
| 76. - AXA S.A. ADR - common stock | | | | | | | | | |
| 77. - Barclays PLC ADR - common stock | | | | | | | | | |
| 78. - Calamos Market Neutral Fund - mutual fund | | | | | | | | | |
| 79. - Citigroup Inc. - common stock | | | | | | | | | |
| 80. - Clear Channel Communications - common stock | | | | | Partial sale | 6/27 | J | A | |
| 81. - | | | | | Final sale | 7/5 | J | | |
| 82. - Certegy, Inc. - common stock | | | | | Final sale | 10/26 | J | A | |
| 83. - Donaldson Co. Inc. - common stock | | | | | | | | | |
| 84. - EMC Corp. - common stock | | | | | Partial sale | 5/10 | J | A | |
| 85. - Gap Inc. - common stock | | | | | Partial sale | 4/5 | J | A | |
| 86. - | | | | | Final sale | 4/6 | J | A | |
| 87. - Glaxosmithkline PLC ADR - common stock | | | | | | | | | |
| 88. - San Paolo IMI SpA ADR - common stock | | | | | | | | | |
| 89. - Illinois Tool Works Inc. - common stock | | | | | Final sale | 11/1 | J | A | |
| 90. - KAO Corporation ADR - common stock | | | | | | | | | |

1. Income/Gain Codes: A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000  ● = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
(See Column C2)  U = Book Value  V = Other  W = Estimated

# FINANCIAL DISCLOSURE REPORT
## Page 6 of 33

Name of Person Reporting
MORROW, MARGARET M

Date of Report
8/15/2006

## VII. INVESTMENTS and TRUSTS  – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 91. - Merck & Co. - common stock | | | | | | | | | |
| 92. - Nokia Corp. ADR - common stock | | | | | | | | | |
| 93. - Reinsurance Group of America - common stock | | | | | | | | | |
| 94. - Schering Plough Corp. - common stock | | | | | | | | | |
| 95. - Siemens AG ADR - common stock | | | | | Partial buy | 6/23 | J | | |
| 96. - Societe Generale ADR - common stock | | | | | | | | | |
| 97. - UBS AG - common stock | | | | | Partial sale | 10/27 | J | B | |
| 98. - Viacom Inc. - common stock | | | | | | | | | |
| 99. - Wachovia Corp. - common stock | | | | | | | | | |
| 100. - Xerox Corp. - common stock | | | | | Partial sale | 11/23 | J | A | |
| 101. - | | | | | Final sale | 11/25 | J | A | |
| 102. - Aflac, Inc. - common stock | | | | | Partial buy | 1/18 | J | | |
| 103. - Allied Irish Bks ADR - common stock | | | | | | | | | |
| 104. - Amazon Com Inc. - common stock | | | | | Partial buy | 5/9 | J | | |
| 105. - Archer-Daniels-Midland Co. - common stock | | | | | Final sale | 5/26 | J | A | |
| 106. - Brown & Brown Inc. - common stock | | | | | Partial sale | 11/14 | J | B | |
| 107. - CIE *Financiere Richemont AG - common stock | | | | | Final sale | 12/14 | J | B | |
| 108. - CSX Corp. - common stock | | | | | Partial sale | 5/18 | J | A | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
   (See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
   (See Columns C1 and D3)    N = $250,000-$500,000    Q = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
   (See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 8/15/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 109. - | | | | | Final sale | 5/26 | J | A | |
| 110. - Comcast Corp. - common stock | | | | | | | | | |
| 111. - Copart Inc. - common stock | | | | | | | | | |
| 112. - Diagnostic Products Corp. - common stock | | | | | Partial buy | 11/14 | J | | |
| 113. - E. I. Dupont De Nemours & Co. - common stock | | | | | | | | | |
| 114. - Eaton Corp. - common stock | | | | | | | | | |
| 115. - EBay Inc. - common stock | | | | | Partial buy | 6/6 | J | | |
| 116. - Procter & Gamble - common stock (formerly Gillette Co.) | | | | | Partial buy | 6/21 | J | | See note in Section VIII |
| 117. - | | | | | Partial buy | 6/23 | J | | |
| 118. - | | | | | Partial buy | 11/15 | J | | |
| 119. - Merrill Lynch & Co. Inc. - common stock | | | | | Partial sale | 7/19 | J | A | |
| 120. - | | | | | Final sale | 7/20 | J | A | |
| 121. - Monsanto Co. - common stock | | | | | Partial sale | 12/1 | J | B | |
| 122. - Motorola Inc. - common stock | | | | | Partial sale | 11/1 | J | A | |
| 123. - Newmont Mining Corp. - common stock | | | | | | | | | |
| 124. - Nike Inc. - common stock | | | | | | | | | |
| 125. - Parker-Hannifin Corp. - common stock | | | | | | | | | |
| 126. - Praxair, Inc. - common stock | | | | | Partial sale | 10/17 | J | A | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 8/15/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date, Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 127. – Regis Corp. Minnesota - common stock | | | | | | | | | |
| 128. – Rent-A-Center Inc. - common stock | | | | | | | | | |
| 129. – Rohm & Haas Co. - common stock | | | | | Final sale | 7/12 | J | A | |
| 130. – Teredyne Inc. - common stock | | | | | Final sale | 5/6 | J | | |
| 131. – Tesco PLC ADR - common stock | | | | | | | | | |
| 132. – Zebra Technologies Inc. - common stock | | | | | | | | | |
| 133. – Credit Suisse Group ADR - common stock | | | | | | | | | |
| 134. – Emerson Electric Co. - common stock | | | | | | | | | |
| 135. – Harley-Davidson Inc. - common stock | | | | | Final sale | 5/27 | J | A | |
| 136. – Kraft Foods Inc. - common stock | | | | | | | | | |
| 137. – Microchip Technology Inc. - common stock | | | | | | | | | |
| 138. – Newell Rubbermaid Inc. - common stock | | | | | | | | | |
| 139. – Patina Oil & Gas Corp. - common stock | | | | | Final sale | 3/28 | J | C | |
| 140. – Pimco High Income Fund - closed-end fund | | | | | | | | | |
| 141. – Progress Energy Inc. - common stock | | | | | | | | | |
| 142. – Roche Holding Ltd. ADR - common stock | | | | | Final sale | 8/10 | J | B | |
| 143. – Stancorp Financial Group - common stock | | | | | | | | | |
| 144. – Starbucks Corp. - common stock | | | | | Partial sale | 5/9 | J | A | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 8/15/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 145. - Swiss Reinsurance ADR - common stock | | | | | | | | | |
| 146. - Tyco Int'l. Ltd. - common stock | | | | | Final sale | 9/20 | J | A | |
| 147. - Vodafone Group PLC ADR - common stock | | | | | | | | | |
| 148. - Walgreen Co. - common stock | | | | | | | | | |
| 149. - Yahoo Inc. - common stock | | | | | Partial sale | 5/6 | J | A | |
| 150. - Apollo - common stock | | | | | Partial buy | 5/6 | J | | |
| 151. - Axcan Pharma Inc.- CAD - common stock | | | | | | | | | |
| 152. - Baxter International Inc. - common stock | | | | | | | | | |
| 153. - Cardinal Health Inc. - common stock | | | | | Partial sale | 9/12 | J | | |
| 154. - | | | | | Final sale | 9/14 | J | A | |
| 155. - Commerce Bancorp Inc. - common stock | | | | | Partial buy | 8/11 | J | | |
| 156. - Cigna Corp. - common stock | | | | | Final sale | 10/31 | J | A | |
| 157. - Clorox - common stock | | | | | | | | | |
| 158. - CVS Corp. - common stock | | | | | | | | | |
| 159. - Enel Societa Per Azion ADR - common stock | | | | | Final sale | 5/10 | J | | |
| 160. - Electronic Arts - common stock | | | | | | | | | |
| 161. - Kimberly Clark Corp. - common stock | | | | | | | | | |
| 162. - Kroger Co. - common stock | | | | | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 8/15/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 163. - Mettler Toledo International Inc. - common stock | | | | | | | | | |
| 164. - 99 Cents Only Store - common stock | | | | | | | | | |
| 165. - Normura Holdings Inc. ADR - common stock | | | | | | | | | |
| 166. - Nortel Networks Corp. - common stock | | | | | Final sale | 1/18 | J | | |
| 167. - Pfizer Inc. - common stock | | | | | Partial buy | 7/18 | J | | |
| 168. - | | | | | Partial buy | 12/27 | J | | |
| 169. - Schering A G ADR - common stock | | | | | | | | | |
| 170. - Solectron Corp. - common stock | | | | | Final sale | 6/9 | J | | |
| 171. - Symantec Corp. - common stock | | | | | Final sale | 10/24 | J | | |
| 172. - XM Satellite Radio Holdings - common stock | | | | | | | | | |
| 173. - Adobe Systems Inc. - common stock | | | | | New buy | 6/21 | J | | |
| 174. - | | | | | Partial buy | 6/22 | J | | |
| 175. - Automatic Data Processing Inc. - common stock | | | | | New buy | 8/23 | J | | |
| 176. - | | | | | Partial buy | 8/24 | J | | |
| 177. - | | | | | Partial buy | 12/8 | J | | |
| 178. - Barrick Gold Corp. CAD - common stock | | | | | New buy | 7/27 | J | | |
| 179. - Bellsouth Corp. - common stock | | | | | New buy | 8/8 | J | | |
| 180. - Campbell Soup Company - common stock | | | | | New buy | 8/2 | J | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 8/15/2006 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 181. - Walt Disney Co. - common stock | | | | | New buy | 6/3 | J | | |
| 182. - El Paso Corp. - common stock | | | | | New buy | 12/15 | J | | |
| 183. - Electronic Data Systems Corp. - common sstock | | | | | New buy | 12/16 | J | | |
| 184. - General Dynamics Corp. - common stock | | | | | New buy | 7/1 | J | | |
| 185. - General Mills Inc. - common stock | | | | | New buy | 9/21 | J | | |
| 186. - Google Inc. - common stock | | | | | New buy | 4/11 | J | | |
| 187. - | | | | | Partial buy | 4/20 | J | | |
| 188. - Hartford Financial Services Group Inc. - common stock | | | | | New buy | 6/2 | J | | |
| 189. - | | | | | Partial buy | 6/3 | J | | |
| 190. - H. J. Heinz Co. - common stock | | | | | New buy | 1/12 | J | | |
| 191. - Hewlett Packard Co. - common stock | | | | | New buy | 3/18 | J | | |
| 192. - | | | | | Partial buy | 3/22 | J | | |
| 193. - Honeywell International Inc. - common stock | | | | | New buy | 6/3 | J | | |
| 194. - Hoya Corp. ADR - common stock | | | | | New buy | 5/27 | J | | |
| 195. - Imperial Tobacco Group PLC ADR - common stock | | | | | New buy | 9/2 | J | | |
| 196. - Johnson & Johnson - common stock | | | | | New buy | 10/7 | J | | |
| 197. - Medimmune Inc. - conunon stock | | | | | New buy | 3/23 | J | | |
| 198. - Mitsubishi UFJ Financial Group Inc. - common stock | | | | | New buy | 10/6 | J | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 8/15/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 199. - | | | | | Partial buy | 10/12 | J | | |
| 200. - | | | | | Partial buy | 10/28 | J | | |
| 201. - Raytheon Company - common stock | | | | | New buy | 8/8 | J | | |
| 202. - Salesforce.com Inc. - common stock | | | | | New buy | 12/16 | J | | |
| 203. - | | | | | Partial buy | 12/20 | J | | |
| 204. - Southern Company - common stock | | | | | New buy | 11/15 | J | | |
| 205. - Sprint Nextel Corp. - common stock | | | | | New buy | 9/21 | J | | |
| 206. - SRA International Inc. - common stock | | | | | New buy | 12/28 | J | | |
| 207. - Stericycle Inc. - common stock | | | | | New buy | 1/28 | J | | |
| 208. - | | | | | Partial buy | 2/25 | J | | |
| 209. - | | | | | Partial sale | 12/8 | J | A | |
| 210. - TNT N V ADR - common stock | | | | | New buy | 12/9 | J | | |
| 211. - Tribune Co. - common stock | | | | | New buy | 6/3 | J | | |
| 212. - UBCH Holdings Inc. - common stock | | | | | New buy | 8/30 | J | | |
| 213. - | | | | | Partial buy | 9/13 | J | | |
| 214. - United Parcel Service - common stock | | | | | New buy | 1/27 | J | | |
| 215. - | | | | | Final sale | 11/3 | J | A | |
| 216. - Universal Compression Holdings - common stock | | | | | New buy | 3/29 | J | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001-$2,500 | C =$2,501-$5,000 | D =$5,001-$15,000 | E =$15,001-$50,000 |
|---|---|---|---|---|---|
| | F =$50,001-$100,000 | G =$100,001-$1,000,000 | H1 =$1,000,001-$5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001-$50,000 | L =$50,001-$100,000 | M =$100,001-$250,000 | |
| | N =$250,000-$500,000 | ● =$500,001-$1,000,000 | P1 =$1,000,001-$5,000,000 | P2 =$5,000,001-$25,000,000 | |
| | P3 =$25,000,001-$50,000,000 | | P4 =$More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash/Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | MORROW, MARGARET M | 8/15/2006 |

## VII. INVESTMENTS and TRUSTS  – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | If not exempt from disclosure | | |
| | (1) | (2) | (I) | (2) | (1) | (2) | (3) | (4) | (5) |
| | Amount Code 1 (A -H) | Type (e.g. div. rent. or int.) | Value Code 2 (J-P) | Value Method Code 3 (Q-W) | Type (e.g. buy, sell, merger, redemption) | Date: Month - Day | Value Code 2 (J-P) | Gain Code 1 (A-H) | Identity of buyer/seller (if private transaction) |
| 217. - | | | | | Partial buy | 4/15 | J | | |
| 218. - | | | | | Partial buy | 4/26 | J | | |
| 219. - | | | | | Partial buy | 10/31 | J | | |
| 220. - Varian Medical Systems Inc. - common stock | | | | | New buy | 10/31 | J | | |
| 221. - Vivendi Universal ADR - common stock | | | | | New buy | 2/11 | J | | |
| 222. - XL Capital Ltd. - common stock | | | | | New buy | 12/19 | J | | |
| 223. - Zurich Finanial Services ADR - common stock | | | | | New buy | 12/16 | J | | |
| 224. - CITIGROUP INC. - Corp. Bond | | | | | Final sale | 2/3 | K | | |
| 225. - COCA COLA ENTERPRISES - Corp. Bond | | | | | | | | | |
| 226. - FIRST DATA CORP. GLOBAL - Corp. Bond | | | | | Partial sale | 11/8 | J | | |
| 227. - | | | | | Final sale | 12/19 | J | | |
| 228. - GENERAL ELECTRIC - Corp. Bond | | | | | | | | | |
| 229. - GOLDMAN SACHS GROUP - Corp. Bond | | | | | | | | | |
| 230. - IBM - Corp. Bond | | | | | | | | | |
| 231. - INTERNATIONAL LEASE FINANCE CORP. - Corp. Bond | | | | | | | | | |
| 232. - SBC COMMUNICATION - Corp. Bond | | | | | Final sale | 3/23 | K | | |
| 233. - TARGET CORP. - Corp. Bond | | | | | | | | | |
| 234. - UNILEVER CAPITAL CORP. - Corp. Bond | | | | | Final sale | 11/1 | J | | |

1. Income/Gain Codes:      A = $1,000 or less        B = $1,001-$2,500        C = $2,501-$5,000        D = $5,001-$15,000        E = $15,001-$50,000
   (See Columns B1 and D4)      F = $50,001-$100,000        G = $100,001-$1,000,000        H1 = $1,000,001-$5,000,000        H2 = More than $5,000,000
2. Value Codes:      J = $15,000 or less        K = $15,001-$50,000        L = $50,001-$100,000        M = $100,001-$250,000
   (See Columns C1 and D3)      N = $250,000-$500,000        O = $500,001-$1,000,000        P1 = $1,000,001-$5,000,000        P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000        P4 = More than $50,000,000
3. Value Method Codes      Q = Appraisal        R = Cost (Real Estate Only)        S = Assessment        T = Cash/Market
   (See Column C2)      U = Book Value        V = Other        W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 8/15/2006 |

## VII. INVESTMENTS and TRUSTS  — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 235. - WAL-MART STORES INC. - Corp. Bond | | | | | | | | | |
| 236. - WELLS FARGO & CO. - Corp. Bond | | | | | Final sale | 3/23 | K | | |
| 237. - FEDERAL NAT'L MTG ASSN GLOBAL - Gov. Bond (#2) | | | | | Partial sale | 10/12 | K | | |
| 238. - U.S. TREASURY NOTES - Gov. Bond (#2) | | | | | Partial sale | 2/18 | J | | |
| 239. - | | | | | Partial buy | 3/23 | J | | |
| 240. - | | | | | Partial sale | 7/22 | J | | |
| 241. - | | | | | Final sale | 9/15 | J | | |
| 242. - BANK ONE CORP. - Corp. Bond | | | | | | | | | |
| 243. - COUNTRYWIDE HOME LOAN - Corp. Bond | | | | | | | | | |
| 244. - FEDERAL HOME LOAN MORTGAGE - Gov. Bond | | | | | | | | | See note in Section VIII |
| 245. - U.S. TREASURY NOTES - Gov. Bond (#3) | | | | | Final sale | 9/15 | K | | |
| 246. - U.S. TREASURY NOTES - Gov. Bond (#4) | | | | | Partial buy | 3/23 | J | | |
| 247. - | | | | | Partial buy | 6/23 | J | | |
| 248. - BANK OF AMERICA CORP. GLOBAL - Corp. Bond (new) | | | | | New buy | 11/19 | J | | |
| 249. - CITIGROUP INC. GLOBAL NOTES - Corp. Bond (new) | | | | | New buy | 2/3 | J | | |
| 250. - HOME DEPOT INC. GLOBAL NOTES - Corp. Bond (new) | | | | | New buy | 11/2 | J | | |
| 251. U.S. TREASURY NOTES-SER C 2011 - Gov. Bond (new) | | | | | New buy | 7/22 | J | | |
| 252. U.S. TREASURY NOTES-SER B 2012 - Gov. Bond (new) | | | | | New buy | 9/15 | K | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 8/15/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 253. U.S. TREASURY NOTES-SER E 2014 - Gov. Bond (new) | | | | | New buy | 10/12 | J | | |
| 254. U.S. TREASURY NOTES-SER E 2010 - Gov. Bond (new) | | | | | New buy | 2/18 | J | | |
| 255. - | | | | | Partial buy | 3/23 | J | | |
| 256. - | | | | | Partial buy | 6/23 | J | | |
| 257. Wells Fargo Bank - Account | | None | J | T | | | | | |
| 258. Kadison, Pfaelzer, Woodard, Quinn & Rossi Inv. Ptnrship. | A | Interest | K | T | | | | | |
| 259. Trust I | A | Dividend | L | T | | | | | |
| 260. - Berkshire Hathaway Inc. - Class B stock | | | | | | | | | |
| 261. - Cash equivalent - The Seidler Companies | | | | | | | | | |
| 262. BROKERAGE ACCOUNT #2 | | | | | | | | | |
| 263. - Cash equivalent - Smith Barney | E | Int. & Div. | K | T | | | | | |
| 264. - Alcoa Inc. - common stock | A | Dividend | | | Partial sale | 11/21 | J | A | |
| 265. - | | | | | Final sale | 11/22 | J | | |
| 266. - Ameren Corp. - common stock | A | Dividend | J | T | | | | | |
| 267. - American International Group - common stock | A | Dividend | J | T | Partial sale | 3/16 | J | | |
| 268. - | | | | | Partial sale | 4/29 | J | | |
| 269. - Amgen Inc. - common stock | | None | J | T | | | | | |
| 270. - Apple Computer Inc. - common stock | | None | | | Partial sale | 2/14 | J | B | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 8/15/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 271. - | | | | | Final sale | 3/18 | J | A | |
| 272. - Archer-Daniels-Midland Co. - common stock | A | Dividend | | | Partial sale | 9/27 | J | A | |
| 273. - | | | | | Final sale | 9/28 | J | A | |
| 274. - Sanofi-Aventis ADR common stock | A | Dividend | J | T | | | | | |
| 275. - AXA S.A. ADR - common stock | A | Dividend | J | T | | | | | |
| 276. - BP PLC ADR - common stock | A | Dividend | J | T | | | | | |
| 277. - Baker Hughes Inc. - common stock | A | Dividend | J | T | | | | | |
| 278. - Ball Corp. - common stock | A | Dividend | J | T | | | | | |
| 279. - Barclays PLC ADR - common stock | A | Dividend | J | T | | | | | |
| 280. - Best Buy Inc. - common stock | A | Dividend | J | T | Partial sale | 310 | J | A | |
| 281. - CMS Energy Corp. - common stock | | None | J | T | | | | | |
| 282. - Cadbury Schweppes PLC - common stock | A | Dividend | J | T | Partial sale | 10/10 | J | A | |
| 283. - Canon Inc. - common stock | A | Dividend | J | T | | | | | |
| 284. - Cardinal Health Inc. - common stock | A | Dividend | | | Partial sale | 9/12 | J | | |
| 285. - | | | | | Final sale | 9/14 | J | A | |
| 286. - Caremark RX Inc. - common stock | | None | J | T | Partial sale | 1/18 | J | A | |
| 287. - | | | | | Partial sale | 3/3 | J | A | |
| 288. - | | | | | Partial sale | 5/4 | J | A | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 8/15/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 289. - Cisco Systems Inc. - common stock | | None | J | T | Partial buy | 3/22 | J | | |
| 290. - Cintas Corp. - common stock | A | Dividend | | | Final sale | 4/26 | J | | |
| 291. - Citigroup Inc. - common stock | A | Dividend | J | T | Partial sale | 3/10 | J | A | |
| 292. - | | | | | Partial sale | 4/1 | J | A | |
| 293. - | | | | | Partial buy | 12/27 | J | | |
| 294. - Clear Channel Communications - common stock | A | Dividend | | | Partial sale | 6/27 | J | A | |
| 295. - | | | | | Final sale | 7/5 | J | | |
| 296. - Chemtura Corp. - (formerly Crompton Corp.) - common stock | A | Dividend | J | T | Merger | | | | See note in Section VIII |
| 297. - Danske Bank A/S ADR - common stock | A | Dividend | J | T | | | | | |
| 298. - Deere & Company - common stock | A | Dividend | J | T | | | | | |
| 299. - Diageo PLC ADR - common stock | A | Dividend | J | T | | | | | |
| 300. - Eastman Chemical Company - common stock | A | Dividend | J | T | | | | | |
| 301. - Eaton Corp. - common stock | A | Dividend | J | T | | | | | |
| 302. - EMC Corp. - common stock | | None | J | T | | | | | |
| 303. - Emerson Electric Corp. - common stock | A | Dividend | J | T | | | | | |
| 304. - ENI S.P.A ADR - common stock | A | Dividend | J | T | | | | | |
| 305. - EOG Resources Inc. - common stock | A | Dividend | J | T | Partial sale | 10/3 | J | A | |
| 306. - Everest Reinsurance Group - common stock | A | Dividend | J | T | | | | | |

1. Income/Gain Codes:     A = $1,000 or less     B = $1,001-$2,500     C = $2,501-$5,000     D = $5,001-$15,000     E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000     G = $100,001-$1,000,000     H1 = $1,000,001-$5,000,000     H2 = More than $5,000,000
2. Value Codes:     J = $15,000 or less     K = $15,001-$50,000     L = $50,001-$100,000     M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000     O = $500,001-$1,000,000     P1 = $1,000,001-$5,000,000     P2 = $5,000,001-$25,000,000
    P3 = $25,000,001-$50,000,000     P4 = $More than $50,000,000
3. Value Method Codes     Q = Appraisal     R = Cost (Real Estate Only)     S = Assessment     T = Cash/Market
(See Column C2)    U = Book Value     V = Other     W = Estimated

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 307. - Exxon Mobil Corp. - common stock | A | Dividend | K | T | Partial buy | 4/29 | J | | |
| 308. - | | | | | Partial buy | 5/31 | J | | |
| 309. - Fiserv Inc. - common stock | | None | J | T | | | | | |
| 310. - Bank of America - common stock | A | Dividend | J | T | | | | | |
| 311. - Gap Inc. - common stock | A | Dividend | | | Partial sale | 4/5 | J | A | |
| 312. - | | | | | Final sale | 4/6 | J | A | |
| 313. - General Electric Inc. - common stock | A | Dividend | J | T | | | | | |
| 314. - Genuine Parts Co. - common stock | A | Dividend | J | T | | | | | |
| 315. - Georgia Pacific Corp. - common stock | A | Dividend | | | Final sale | 12/20 | J | B | |
| 316. - Glaxosmithkline PLC ADR - common stock | A | Dividend | J | T | | | | | |
| 317. - W. W. Grainger Inc. - common stock | A | Dividend | J | T | | | | | |
| 318. - HSBC Holdings PLC ADR - common stock | A | Dividend | J | T | | | | | |
| 319. - Healthcare Realty Trust Inc. - common stock | A | Dividend | J | T | | | | | |
| 320. - Heineken NV ADR - common stock | A | Dividend | J | T | | | | | |
| 321. - Home Depot Inc. - common stock | A | Dividend | J | T | | | | | |
| 322. - Hubbell Inc. - common stock | A | Dividend | J | T | | | | | |
| 323. - Illinois Tool Works Inc. - common stock | A | Dividend | J | T | Partial sale | 11/1 | J | A | |
| 324. - Intel Corp. - common stock | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 8/15/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 325. - International Business Machines Corp. - common stock | A | Dividend | | | Partial sale | 4/15 | J | | |
| 326. - | | | | | Final sale | 7/12 | J | | |
| 327. - International Paper Co. - common stock | A | Dividend | J | T | | | | | |
| 328. - JP Morgan Chase & Co. - common stock | A | Dividend | J | T | Partial sale | 9/7 | J | A | |
| 329. - KAO Corp. ADR - common stock | A | Dividend | J | T | | | | | |
| 330. - Leggett & Platt Inc. - common stock | A | Dividend | | | Partial sale | 11/22 | J | | |
| 331. - | | | | | Final sale | 11/23 | J | | |
| 332. - Eli Lilly & Co. - common stock | A | Dividend | | | Final sale | 3/17 | J | | |
| 333. - Medtronic Inc. - common stock | A | Dividend | J | T | | | | | |
| 334. - Mellon Financial Corp. - common stock | A | Dividend | | | Final sale | 11/3 | J | A | |
| 335. - Merck & Company - common stock | A | Dividend | J | T | | | | | |
| 336. - Microsoft Corp. - common stock | A | Dividend | J | T | | | | | |
| 337. - Mylan Laboratories Inc. - common stock | A | Dividend | J | T | | | | | |
| 338. - Nestle S.A. ADR - common stock | A | Dividend | J | T | | | | | |
| 339. - Newell Rubbermaid Inc. - common stock | A | Dividend | J | T | | | | | |
| 340. - Nokia Corp. ADR - common stock | A | Dividend | J | T | | | | | |
| 341. - Northeast Utilities - common stock | A | Dividend | J | T | | | | | |
| 342. - Novartis AG ADR - common stock | A | Dividend | J | T | Partial sale | 2/4 | J | A | |

1. Income/Gain Codes: (See Columns B1 and D4)
A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000

3. Value Method Codes (See Column C2)
Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 8/15/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A–H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 343. - | | | | | Partial buy | 10/12 | J | | |
| 344. - | | | | | Partial buy | 12/06 | J | | |
| 345. - Pactiv Corp. - common stock | | None | J | T | | | | | |
| 346. - PartnerRe Ltd. - BMD - common stock | A | Dividend | J | T | | | | | |
| 347. - Pepsico Inc. - common stock | A | Dividend | J | T | | | | | |
| 348. - Pfizer Inc. - common stock | A | Dividend | J | T | Partial sale | 1/20 | J | | |
| 349. - | | | | | Partial buy | 7/18 | J | | |
| 350. - Potash Corp. of Saskatchewan Inc.- common stock | A | Dividend | J | T | | | | | |
| 351. - Royal Dutch Shell PLC - common stock | A | Dividend | J | T | | | | | Name change 7/20/05 |
| 352. A T & T - common stock (formerly SBC Communications) | A | Dividend | J | T | | | | | Name change - 2005 |
| 353. - San Paolo IMI SpA ADR - common stock | A | Dividend | J | T | | | | | |
| 354. - Schering Plough Corp. - common stock | A | Dividend | J | T | | | | | |
| 355. - Schlumberger Ltd. - common stock | A | Dividend | J | T | | | | | |
| 356. - Siemens AG ADR - common stock | A | Dividend | J | T | Partial buy | 6/23 | J | | |
| 357. - Snap-On Inc. - common stock | A | Dividend | J | T | | | | | |
| 358. - Societe Generale ADR - common stock | A | Dividend | J | T | | | | | |
| 359. - Southwest Gas Corp. - common stock | A | Dividend | J | T | | | | | |
| 360. - Staples Inc. - common stock | A | Dividend | J | T | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000.

2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000

3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2).    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 8/15/2006 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 361. - State Street Corp. - common stock | A | Dividend | J | T | Partial sale | 2/4 | J | | |
| 362. - Sybase Inc. - common stock | | None | J | T | | | | | |
| 363. - Target Corp. - common stock | A | Dividend | J | T | Partial sale | 3/3 | J | A | |
| 364. - | | | | | Partial sale | 5/18 | J | A | |
| 365. - Timkin Co. - common stock | A | Dividend | J | T | | | | | |
| 366. - Tommy Hilfiger - common stock | | None | J | T | | | | | |
| 367. - Total S.A. ADR - common stock | A | Dividend | J | T | | | | | |
| 368. - UBS AG-CHF - common stock | A | Dividend | J | T | Partial sale | 10/27 | J | A | |
| 369. - Unilever PLC ADR - common stock | A | Dividend | J | T | Partial sale | 10/6 | J | A | |
| 370. - Union Pacific Corp. - common stock | A | Dividend | J | T | | | | | |
| 371. - United Parcel Service - common stock | A | Dividend | J | T | Partial sale | 11/3 | J | A | |
| 372. - Verizon Communications - common stock | A | Dividend | J | T | | | | | |
| 373. - Viacom Inc. - common stock | A | Dividend | J | T | | | | | |
| 374. - Wachovia Corp. - common stock | A | Dividend | J | T | | | | | |
| 375. - Wal-Mart Stores Inc. - common stock | A | Dividend | J | T | Partial buy | 9/14 | J | | |
| 376. - | | | | | Partial sale | 9/20 | J | | |
| 377. - Walgreen Co. - common stock | A | Dividend | J | T | Partial sale | 2/15 | J | A | |
| 378. - Waste Management Inc. - common stock | A | Dividend | J | T | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000

3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 8/15/2006 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | If not exempt from disclosure | | | |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 379. - Wells Fargo & Co. - common stock | A | Dividend | J | T | Partial sale | 7/5 | J | A | |
| 380. - Wyeth - common stock | A | Dividend | J | T | | | | | |
| 381. - Xerox Corp. - common stock | | None | | | Final sale | 11/25 | J | | |
| 382. - XL Capital Ltd. - common stock | A | Dividend | J | T | Partial buy | 12/19 | J | | |
| 383. - LOS ANGELES CALIF DEPT ARPTS - Muni. Bond | A | Interest | | | Final sale | 4/5 | K | A | |
| 384. - METROPOLITAN WTR DIST SOUTHN - Muni. Bond | A | Interest | | | Final sale | 6/6 | K | A | |
| 385. - CALIF ST (DOT) FED HWY GRANT - Muni. Bond | A | Interest | K | T | Partial buy | 8/29 | J | | |
| 386. - CALIF ST ECONOMIC RECOVERY - Muni. Bond | A | Interest | | | Final sale | 9/9 | K | A | |
| 387. - CALIF ST G/O REF BOOK - Muni. Bond | A | Interest | | | Final sale | 10/14 | K | A | |
| 388. - FOOTHILL/EASTERN TRANSN CORRDR - Muni Bond | A | Interest | K | T | | | | | |
| 389. - L.A. CALIF USD G/O - Muni. Bond | A | Interest | | | Final sale | 12/5 | K | A | |
| 390. - MET WTR DIST SO. CALIF WTRWKS - Muni. Bond | A | Interest | K | T | | | | | |
| 391. - RIVERSIDE CA ELEC REV - Muni. Bond | A | Interest | K | T | | | | | |
| 392. - SAN JOSE CA REDEV AGY TAX ALLC - Muni. Bond | A | Interest | K | T | | | | | |
| 393. - CALIF. ST. DEPT WAT RES WATER REV - (New) - Muni Bond | A | Interest | K | T | New buy | 9/9 | K | | |
| 394. - CONTRA COSTA CALIF. WATR DIST - (New) - Muni Bond | A | Interest | K | T | New buy | 6/14 | K | | |
| 395. - | | | | | Final sale | 11/22 | K | A | |
| 396. - LOS ANGELES CNTY CALIF MTA SALES - (New) - Muni Bond | A | Interest | K | T | New buy | 12/5 | K | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2).   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 8/15/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code 1<br>(A -H) | (2)<br>Type (e.g. div. rent. or int.) | (1)<br>Value Code 2<br>(J-P) | (2)<br>Value Method Code 3<br>(Q-W) | (1)<br>Type (e.g. buy, sell, merger, redemption) | (2)<br>Date: Month - Day | (3)<br>Value Code 2<br>(J-P) | (4)<br>Gain Code 1<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 397. - LOS GATOS CALIF JT UN HIGH SCH - (New) - Muni Bond | A | Interest | K | T | New buy | 10/8 | K | | |
| 398. - MT SAN ANTONIO CALIF CMNTY COL (New) - Muni Bond | A | Interest | K | T | New buy | 11/22 | K | | |
| 399. - SACRAMENTO CALIF. PWR AUTH COGEN (New) - Muni Bond | A | Interest | K | T | New buy | 4/8 | J | | |
| 400. - Allied Irish Banks - common stock | A | Dividend | J | T | Partial sale | 2/8 | J | A | |
| 401. - Bank of New York - common stock | A | Dividend | J | T | | | | | |
| 402. - Bausch & Lomb, Inc. - common stock | A | Dividend | J | T | | | | | |
| 403. - CIE *Financiere Richemont AG - common stock | A | Dividend | | | Final sale | 12/14 | J | B | |
| 404. - CNH Global N.V. - common stock | A | Dividend | J | T | | | | | |
| 405. - Comcast Corp. - common stock | | None | J | T | | | | | |
| 406. - CSX Corp. - common stock | A | Dividend | | | Final sale | 5/26 | J | A | |
| 407. - Cummins Inc. - common stock | A | Dividend | J | T | | | | | |
| 408. - Dana Corp. - common stock | A | Dividend | J | T | | | | | |
| 409. - E. I. Du Pont de Nemours & Co. - common stock | A | Dividend | J | T | | | | | |
| 410. - Foot Locker Inc. - common stock | A | Dividend | J | T | Partial buy | 3/18 | J | | |
| 411. - Procter & Gamble - common stock | A | Dividend | J | T | Partial buy | 1/19 | J | | See note in Section VIII |
| 412. - | | | | | Partial buy | 6/23 | J | | |
| 413. - | | | | | Partial buy | 7/19 | J | | |
| 414. - Halliburton Co. - common stock | A | Dividend | J | T | Partial sale | 6/29 | J | B | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 8/15/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 415. - | | | | | Partial sale | 9/26 | J | A | |
| 416. - Host Marriott Corp. - common stock | A | Dividend | J | T | | | | | |
| 417. - Meadwesrvaco Corp. - common stock | A | Dividend | J | T | | | | | |
| 418. - Merrill Lynch & Co. Inc. - common stock | A | Dividend | | | Partial sale | 7/19 | J | A | |
| 419. - | | | | | Final sale | 7/20 | J | | |
| 420. - Monsanto Company - common stock | A | Dividend | J | T | Partial sale | 12/1 | J | A | |
| 421. - Motorola Inc. - common stock | A | Dividend | J | T | Partial sale | 11/2 | J | A | |
| 422. - Newmont Mining Corp. - common stock | A | Dividend | J | T | | | | | |
| 423. - Nike Inc. - common stock | A | Dividend | J | T | | | | | |
| 424. - Parker-Hannifin Corp. - common stock | A | Dividend | J | T | | | | | |
| 425. - Praxair Inc. - common stock | A | Dividend | J | T | Partial sale | 10/17 | J | A | |
| 426. - Pride International Inc. - common stock | | None | | | Partial sale | 9/29 | J | A | |
| 427. - | | | | | Partial sale | 11/2 | J | A | |
| 428. - | | | | | Final sale | 11/3 | J | A | |
| 429. - Rohm & Haas Co. - common stock | A | Dividend | | | Final sale | 7/12 | J | A | |
| 430. - Safeco Corp. - common stock | A | Dividend | J | T | Partial sale | 5/4 | J | A | |
| 431. - Sysco Corp. - common stock | A | Dividend | J | T | Partial sale | 9/20 | J | A | |
| 432. - Teradyne, Inc. - common stock | | None | | | Final sale | 5/6 | J | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 433. - Tesco PLC ADR - common stock | A | Dividend | J | T | | | | | |
| 434. - Abbott Laboratories - common stock | A | Dividend | J | T | | | | | |
| 435. - Adobe Systems Inc. - common stock | A | Dividend | | | Partial sale | 4/1 | J | A | |
| 436. - | | | | | Final sale | 4/27 | J | A | |
| 437. - Aetna Inc. - common stock | A | Dividend | J | T | | | | | |
| 438. - Aflac Inc. - common stock | A | Dividend | J | T | | | | | |
| 439. - Cadence Design Systems Inc. - common stock | | None | J | T | | | | | |
| 440. - Credit Suisse Group ADR - common stock | A | Dividend | J | T | | | | | |
| 441. - Dell Inc. - common stock | | None | J | T | | | | | |
| 442. - Genentech Inc. - common stock | | None | J | T | Partial sale | 12/6 | J | A | |
| 443. - Globalsantafe Corp. - common stock | A | Dividend | J | T | Partial sale | 10/7 | J | A | |
| 444. - Interpublic Group of Cos. Inc. - common stock | | None | J | T | | | | | |
| 445. - Kraft Foods - common stock | A | Dividend | J | T | | | | | |
| 446. - Maxim Integrated Prods. Inc. - common stock | A | Dividend | J | T | | | | | |
| 447. - Nisource Inc. - common stock | A | Dividend | J | T | | | | | |
| 448. - Progress Energy Inc. - common stock | A | Dividend | J | T | | | | | |
| 449. - Roche Hldg. Ltd. ADR - common stock | A | Dividend | | | Final sale | 8/10 | J | B | |
| 450. - Swiss Reinsurance ADR - common stock | A | Dividend | J | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 8/15/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 451. - Teva Pharmaceutical Inds. Ltd. ADR - common stock | A | Dividend | J | T | | | | | |
| 452. - Tyco International Ltd. - common stock | A | Dividend | | | Final sale | 9/7 | J | | |
| 453. - Vodafone Group PLC ADR - common stock | A | Dividend | J | T | | | | | |
| 454. - Alexandria Real Estate Equities - common stock | A | Dividend | J | T | | | | | |
| 455. - American Financial Realty Trust - common stock | A | Dividend | J | T | | | | | |
| 456. - American Greetings Corp. - common stock | A | Dividend | J | T | | | | | |
| 457. - Apache Corp. - common stock | A | Dividend | J | T | | | | | |
| 458. - Archstone Smith Trust - common stock | A | Dividend | J | T | | | | | |
| 459. - Avalonbay Comntys Inc. - common stock | A | Dividend | J | T | | | | | |
| 460. - Avaya Inc. - common stock | | None | J | T | | | | | |
| 461. - Baxter Internatinal Inc. - common stock | A | Dividend | J | T | | | | | |
| 462. - Boston Properties Inc. - common stock | A | Dividend | J | T | | | | | |
| 463. - Brandywine Realty Trust - common stock | A | Dividend | J | T | | | | | |
| 464. - BRE Pptys Inc. - common stock | A | Dividend | J | T | | | | | |
| 465. - Brookfield Properties Corp. - common stock | A | Dividend | J | T | | | | | |
| 466. - CAI Multi-Strategy Series M - hedge fund | | None | L | T | | | | | |
| 467. - Carramerica Realty Corp. - common stock | A | Dividend | J | T | | | | | |
| 468. - Catellus Dev. Corp. - common stock | A | Dividend | | | Final sale | 8/10 | J | A | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes: I = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2).   U = Book Value   V = Other   W = Estimated

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div. rent or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 469. - Centerpoint Pptys Trust - common stock | A | Dividend | J | T | | | | | |
| 470. - Centurytel Inc. - common stock | A | Dividend | J | T | | | | | |
| 471. - Cigna Corp. - common stock | A | Dividend | | | Final sale | 10/31 | J | A | |
| 472. - Citigroup Diversified Futures - Managed futures fund | C | Dividend | L | T | | | | | |
| 473. - Clorox Company - common stock | A | Dividend | J | T | | | | | |
| 474. - Computer Sciences Inc. - common stock | | None! | | | Final sale | 11/10 | J | | |
| 475. - Conseco Inc. - common stock | | None | J | T | | | | | |
| 476. - CVS Corp. - common stock | A | Dividend | J | T | | | | | |
| 477. - Dean Foods Co. - common stock | | None | J | T | | | | | |
| 478. - Treehouse Foods Inc. - common stock | | None | | | Final sale | 10/7 | J | A | Spin-off from Dean Foods Co. |
| 479. - Developers Diversified Realty CP Corp. - common stock | A | Dividend | J | T | | | | | |
| 480. - Duke Realty Company - common stock | A | Dividend | | | Final sale | 4/4 | J | | |
| 481. - Electronic Arts - common stock | | None | | | Partial sale | 3/22 | J | A | |
| 482. - | | | | | Final sale | 8/30 | J | | |
| 483. - Enel Societa Per Azion ADR - common stock | | None | | | Final sale | 5/10 | J | | |
| 484. - Equity Residential - common stock | A | Dividend | J | T | | | | | |
| 485. - Essex Property Trust Inc. - common stock | A | Dividend | J | T | | | | | |
| 486. - Extra Space Storage Inc. - common stock | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes:<br>(See Columns B1 and D4). | A = $1,000 or less<br>F = $50,001-$100,000 | B = $1,001-$2,500<br>G = $100,000-$1,000,000 | C = $2,501-$5,000<br>H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000<br>H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes:<br>(See Columns C1 and D3) | J = $15,000 or less<br>N = $250,000-$500,000<br>P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000<br>O = $500,001-$1,000,000 | L = $50,001-$100,000<br>P1 = $1,000,001-$5,000,000<br>P4 = $More than $50,000,000 | M = $100,001-$250,000<br>P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes<br>(See Column C2) | Q = Appraisal<br>U = Book Value | R = Cost (Real Estate Only)<br>V = Other | S = Assessment<br>W = Estimated | T = Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 8/15/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 487. - Fairmont Hotels & Resorts - common stock | A | Dividend | | | Final sale | 5/6 | J | A | |
| 488. - Federal Realty Invt TR SBI - common stock | A | Dividend | J | T | | | | | |
| 489. - Federated Dept. Stores - common stock | A | Dividend | J | T | Merger | | | | See note in Section VIII |
| 490. - General Growth Properties - common stock | A | Dividend | J | T | | | | | |
| 491. - Hilton Hotels Inc. - common stock | A | Dividend | J | T | | | | | |
| 492. - Innkeepers USA Trust - common stock | A | Dividend | | | Final sale | 4/22 | J | A | |
| 493. - Kilroy Realty Corp. - common stock | A | Dividend | | | Final sale | 7/15 | J | A | |
| 494. - Kimberly-Clark Corp. - common stock | A | Dividend | J | T | | | | | |
| 495. - King Pharmaceuticals - common stock | | None | J | T | | | | | |
| 496. - Kite Realty Group Trust - common stock | A | Dividend | | | Final sale | 6/29 | J | A | |
| 497. - Kroger Co. - common stock | | None | J | T | | | | | |
| 498. - LaSalle Hotel Pptys. SBI - common stock | A | Dividend | J | T | | | | | |
| 499. - Macherich Company - common stock | A | Dividend | J | T | | | | | |
| 500. - Mack Cali Realty Corp. - common stock | A | Dividend | | | Final sale | 4/6 | J | | |
| 501. - McAfee Inc. - common stock | | None | J | T | | | | | |
| 502. - McGraw Hill Cos. Inc. - common stock | A | Dividend | J | T | | | | | |
| 503. - Mills Corp. - common stock | A | Dividend | J | T | | | | | |
| 504. - Mosaic Company - common stock | | None | J | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 8/15/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 505. - Nomura Holdings Inc. ADR - common stock | A | Dividend | J | T | | | | | |
| 506. - Nortel Networks Corp. - common stock | | None | | | Final sale | 1/18 | J | | |
| 507. - Officemax Inc. - common stock | A | Dividend | J | T | | | | | |
| 508. - Pan Pacific Retail Properties - common stock | A | Dividend | | | Final sale | 7/8 | J | A | |
| 509. - Plum Creek Timber Co. - common stock | A | Dividend | | | Final sale | 4/29 | J | | |
| 510. - PMI Group Inc. - common stock | A | Dividend | J | T | | | | | |
| 511. - Prologis SH Ben Int - common stock | A | Dividend | J | T | | | | | |
| 512. - Public Storage Inc. - common stock | A | Dividend | J | T | | | | | |
| 513. - Regency Centers Corp. - common stock | A | Dividend | J | T | | | | | |
| 514. - R. H. Donnelley Corp. - common stock | | None | J | T | | | | | |
| 515. - R. R. Donnelley & Sons Co. - common stock | A | Dividend | J | T | | | | | |
| 516. - Schering A G ADR - common stock | A | Dividend | J | T | | | | | |
| 517. - Shurgard Storage Ctrs. Inc. - common stock | A | None | | | Final sale | 2/3 | J | A | |
| 518. - Simon Ppty. Group Inc. - common stock | A | Dividend | J | T | | | | | |
| 519. - SL Green Realty Corp. - common stock | A | Dividend | J | T | | | | | |
| 520. - Solectron Corp. - common stock | | None | | | Final sale | 6/9 | J | | |
| 521. - Starwood Hotels & Resorts Worldwide - common stock | | None | J | T | | | | | |
| 522. - Trizec Properties Inc. - common stock | A | Dividend | J | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
(See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 8/15/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 523. - United Dominion Realty Trust - common stock | A | Dividend | J | T | | | | | |
| 524. - Ventas Inc. - common stock | A | Dividend | J | T | | | | | |
| 525. - Vornado Realty TR SBI - common stock | A | Dividend | J | T | Partial buy | 6/9 | J | | |
| 526. - AMB Property Corp. - common stock | A | Dividend | J | T | New buy | 5/26 | J | | |
| 527. - American Century CA High Yield Municipal Fund | B | Dividend | L | T | New buy | 2/9 | L | | |
| 528. - Arden Realty Inc. - common stock | A | Dividend | J | T | New buy | 7/28 | J | | |
| 529. - Automatic Data Processing - common stock | A | Dividend | J | T | New buy | 8/23 | J | | |
| 530. - | | | | | Partial buy | 12/8 | J | | |
| 531. - B J Services - common stock | | None | J | T | New buy | 11/29 | J | | |
| 532. - | | | | | Partial buy | 12/12 | J | | |
| 533. - Barrick Gold Corp. CAD - common stock | A | Dividend | J | T | New buy | 7/27 | J | | |
| 534. - Bellsouth Corp. - common stock | A | Dividend | J | T | New buy | 8/8 | J | | |
| 535. - Bowater Inc. - common stock | A | Dividend | J | T | New buy | 3/17 | J | | |
| 536. - Brinker International Inc. - commons tock | A | Dividend | J | T | New buy | 3/10 | J | | |
| 537. - Campbell Soup Company - common stock | A | Dividend | J | T | New buy | 8/2 | J | | |
| 538. - Camden Property Trust SBI - common stock | A | Dividend | J | T | New buy | 2/14 | J | | |
| 539. - CBL & Assoc. PPTYS Inc. - common stock | A | Dividend | J | T | New buy | 9/9 | J | | |
| 540. - Colonial PPTYS Trust SBI - common stock | A | Dividend | J | T | New buy | 7/14 | J | | |

1. Income/Gain Codes:  A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 8/15/2006 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 541. - EBay - common stock | | None | J | T | New buy | 4/1 | J | | |
| 542. - | | | | | Partial buy | 5/4 | J | | |
| 543. - El Paso Corporation - common stock | | None | J | T | New buy | 12/15 | J | | |
| 544. - Electronic Data Sys Corp. - common stock | | None | J | T | New buy | 12/16 | J | | |
| 545. - Equity Office Properties Trust - common stock | A | Dividend | J | T | New buy | 11/1 | J | | |
| 546. - General Dynamics Corp. - common stock | A | Dividend | J | T | New buy | 7/1 | J | | |
| 547. - General Mills Inc. - common stock | A | Dividend | J | T | New buy | 9/21 | J | | |
| 548. - Genworth Financial Inc. - common stock | A | Dividend | J | T | New buy | 7/29 | J | | |
| 549. - H. J. Heinz Company - common stock | A | Dividend | J | T | New buy | 1/12 | J | | |
| 550. - Hartford Financial Services - common stock | A | Dividend | J | T | New buy | 6/2 | J | | |
| 551. - | | | | | Partial buy | 6/3 | J | | |
| 552. - Health Care REIT - common stock | A | Dividend | J | T | New buy | 12/15 | J | | |
| 553. - Hewlett Packard Co. - common stock | A | Dividend | J | T | New buy | 3/18 | J | | |
| 554. - Honeywell International Inc. - common stock | A | Dividend | J | T | New buy | 6/03 | J | | |
| 555. - Hoya Corp. ADR - common stock | A | Dividend | J | T | New buy | 5/27 | J | | |
| 556. - Imperial Tobacco Group, PLC ADR - common stock | | None | J | T | New buy | 9/2 | J | | |
| 557. - Inland Real Estate Corp. - common stock | A | Dividend | | | New buy | 1/21 | J | | |
| 558. - | | | | | Final sale | 3/24 | J | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | MORROW, MARGARET M | 8/15/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 559. - Johnson & Johnson - common stock | A | Dividend | J | T | New buy | 1/20 | J | | |
| 560. - | | | | | Partial buy | 8/30 | J | | |
| 561. - | | | | | Partial buy | 10/7 | J | | |
| 562. - La Quinta Corp. - common stock | | None | | | New buy | 7/13 | J | | |
| 563. - | | | | | Final sale | 9/22 | J | | |
| 564. - Medimmune Inc. - common stock | | None | J | T | New buy | 3/23 | J | | |
| 565. - Mitsubishi UFJ Financial Group Inc. ADR - common stock | | None | J | T | New buy | 10/6 | J | | |
| 566. - | | | | | Partial buy | 10/12 | J | | |
| 567. - | | | | | Partial buy | 10/28 | J | | |
| 568. - New Plan Excel Realty TR Inc. - common stock | A | Dividend | J | T | New buy | 6/2 | J | | |
| 569. - Nuveen High Yield Municipal Bond Fund | B | Dividend | L | T | New buy | 2/9 | L | | |
| 570. - Post Properties Inc. - common stock | A | Dividend | J | T | New buy | 6/9 | J | | |
| 571. - Prentiss PPTYS Trust - common stock | A | Dividend | J | T | New buy | 6/9 | J | | |
| 572. - PS Business PKS Inc. Calif. - common stock | A | Dividend | J | T | New buy | 6/9 | J | | |
| 573. - Qwest Communications International - common stock | | None | J | T | New buy | 12/1 | J | | |
| 574. - Raytheon Company - common stock | A | Dividend | J | T | New buy | 8/8 | J | | |
| 575. - Reckson Associates Realty Corp. - common stock | A | Dividend | J | T | New buy | 4/4 | J | | |
| 576. - Sabre Group Holdings Inc. - common stock | A | Dividend | J | T | New buy | 5/2 | J | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 8/15/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34–57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 577. - | | | | | Partial buy | 10/4 | J | | |
| 578. - Sprint Nextel Corp. - common stock | A | Dividend | J | T | New buy | 9/21 | J | | |
| 579. - Starbucks - common stock | | None | J | T | New buy | 4/20 | J | | |
| 580. - | | | | | Partial buy | 6/28 | J | | |
| 581. - Tellabs Inc. - common stock | | None | J | T | New buy | 12/14 | J | | |
| 582. - TNT N V ADR - common stock | | None | J | T | New buy | 12/9 | J | | |
| 583. - Tribune Co. - common stock | A | Dividend | J | T | New buy | 7/7 | J | | |
| 584. - U-Store-it Trust - common stock | A | Dividend | J | T | New buy | 7/26 | J | | |
| 585. - Vivendi Universal ADR - common stock | A | Dividend | J | T | New buy | 2/11 | J | | |
| 586. - Walt Disney - common stock | | None | J | T | New buy | 6/30 | J | | |
| 587. - Westwood One Inc. - common stock | A | Dividend | J | T | New buy | 1/14 | J | | |
| 588. - Zebra Technologies - common stock | | None | | | New buy | 1/18 | J | | |
| 589. - | | | | | Final sale | 7/27 | J | | |
| 590. - Zimmer Holdings Inc. - common stock | | None | J | T | New buy | 1/18 | J | | |
| 591. - | | | | | Partial buy | 2/1 | J | | |
| 592. - | | | | | Partial buy | 3/17 | J | | |
| 593. - Zurich Financial Services ADR - common stock | | None | J | T | New buy | 12/16 | J | | |

1. Income/Gain Codes:  A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
   (See Columns B1 and B4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000  P4 = More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
   (See Column C2)  U = Book Value  V = Other  W = Estimated

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

SECTION VII:

BROKERAGE ACCOUNT #1

Page 7, lines 116:  Procter & Gamble purchased Gillette Company in January 2005.

Page 14, line 244:  In my 2004 Financial Disclosure Report, Part 7, Page 13, lines 221-222, I inadvertantly reported a final sale in my Federal Home Loan Mortgage government bond.  In fact, it was a partial sale and there are no reportable transactions during this current period.

BROKERAGE ACCOUNT #2

Page 17, line 296.  On July 1, 2005, Crompton Corporation and Great Lakes Chemical Corporation merged; the name of the company became Chemtura Corporation.  There are no reportable transactions in my Chemtura Corporation position.

Page 23, lines 411:  Gillette Company listed in Part 7, Page 23, line 403 of my 2004 Financial Disclosure Report was purchased by Procter & Gamble in January 2005.  Procter & Gamble and that entry has now been combined with the entry in Part 7, Page 23, line 411 of my current 2005 Financial Disclosure Report.

Page 28, line 489:  May Dept. Stores Co. listed in Part 7, Page 29, line 511 of my 2004 Financial Dissclosure Report merged with Federated Department Stores on August 30, 2005.  Federated Department Stores and that entry has now been combined with the entry in Part 7, Page 28, line 489 of my current 2005 Financial Disclosure Report.

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____        Date _August 15, 2006_

NOTE: ANY ~~PERSON WHO~~ KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# AMENDED

## FINANCIAL DISCLOSURE REPORT

### FOR CALENDAR YEAR 2005

**COPY**

Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)

AO-10
Rev. 1/2004

| | | |
|---|---|---|
| 1. Person Reporting (Last name, First name, Middle initial)<br><br>MORROW, MARGARET M | 2. Court or Organization<br><br>U.S. District Court, CACD | 3. Date of Report<br><br>5/17/2006 |
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U. S. District Judge - Active | 5. ReportType (check appropriate type)<br><br>○ Nomination, Date<br><br>○ Initial  ◉ Annual  ○ Final | 6. Reporting Period<br><br>1/1/2005<br>to<br>12/31/2005 |
| 7. Chambers or Office Address<br><br>United States District Court<br><br>255 E. Temple St., Ste. 770<br><br>Los Angeles, California 90012 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS.    (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE**  - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | Ninth Circuit Historical Society |
| 2. Trustee | Bryn Mawr College - Board of Trustees |

## II. AGREEMENTS.    (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE**  - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

FINANCIAL DISCLOSURE OFFICE  2006 MAY 18 P 12: 13  RECEIVED

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2005 | California Courts of Appeal, Second Appellate District, Salary |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Bryn Mawr College | March 3-5: Bryn Mawr, PA - Bryn Mawr College, Board of Trustees Meeting - (Air Transportation, Meals) |
| 2. | Bryn Mawr College | May 5-7: Bryn Mawr, PA - Bryn Mawr College, Board of Trustees Meeting - (Air Transportation, Meals) |
| 3. | Bryn Mawr College | October 20-22: Bryn Mawr, PA - Bryn Mawr College, Board of Trustees Meeting - (Air Transportation, Meals) |
| 4. | American Bar Association | September 29 - October 1: Chicago, IL - Member of the Federal Practice Task Force of the ABA Section of Litigation (continued below) - |
| | | - Leadership and Task Force Meeting - (Air Transportation, Ground Transportation, Lodging, Meals) |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE  - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE  - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 5/17/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Van Kampen American Capital, Pace Fund-A - IRA | | None | L | T | | | | | |
| 2. Vanguard Windsor II Fund - IRA | A | Dividend | J | T | | | | | |
| 3. Wells Fargo Bank - IRA | A | Interest | J | T | | | | | |
| 4. BROKERAGE ACCOUNT #1 - INDIVIDUAL RETIREMENT ACCOUNT | E | Div. & Int. | P1 | T | | | | | |
| 5. - Cash equivalent - Smith Barney | | | | | | | | | |
| 6. - International Paper Company - common stock | | | | | | | | | |
| 7. - Union Pacific Corp. - common stock | | | | | | | | | |
| 8. - Alcoa Inc. - common stock | | | | | Partial sale | 11/21 | J | A | |
| 9. - | | | | | Final sale | 11/22 | J | A | |
| 10. - Wyeth - common stock | | | | | | | | | |
| 11. - American International Group, Inc. - common stock | | | | | | | | | |
| 12. - Amgen Inc. - common stock | | | | | Partial sale | | J | | |
| 13. - Apple Computer Inc. - common stock | | | | | Partial sale | 2/14 | J | B | |
| 14. | | | | | Final sale | 3/18 | J | B | |
| 15. - Applied Materials Inc. - common shares | | | | | Final sale | 4/21 | | | |
| 16. - Sanofi-Aventis ADR - com. stk. - (formerly Aventis ADR) | | | | | | | | | |
| 17. - Baker Hughes Inc. - common stock | | | | | | | | | |
| 18. - Bank of New York Inc. - common stock | | | | | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 5/17/2006 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. - Bemis Company Inc. - common stock | | | | | | | | | |
| 20. - BP PLC ADR - common stock | | | | | | | | | |
| 21. - C.H. Robinson Worldwide - common stock | | | | | Partial sale | 2/8 | J | A | |
| 22. - | | | | | Partial sale | 6/14 | J | A | |
| 23. - | | | | | Partial sale | 11/16 | J | A | |
| 24. - Cadbury Schweppes PLC ADR - common stock | | | | | | | | | |
| 25. - Canon Inc. ADR - common stock | | | | | | | | | |
| 26. - Catalina Marketing Corporation - common stock | | | | | | | | | |
| 27. - Cincinnati Financial Corporation - common stock | | | | | | | | | |
| 28. - Cintas Corporation - common stock | | | | | | | | | |
| 29. - Cisco Systems Inc. - common stock | | | | | | | | | |
| 30. - Danske Bank A/S ADR - common stock | | | | | | | | | |
| 31. - Deere & Company - common stock | | | | | | | | | |
| 32. - Dell Computer Inc. - common stock | | | | | | | | | |
| 33. - Diageo PLC ADR - common stock | | | | | | | | | |
| 34. - Eaton Vance Corp. - common stock | | | | | | | | | |
| 35. - ENI S.P.A. ADR - common stock | | | | | | | | | |
| 36. - Equifax Inc. - common stock | | | | | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 5/17/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 37. - Exxon Mobil Corporation - common stock | | | | | | | | | |
| 38. - Fair Isaac & Co. Inc. - common stock | | | | | | | | | |
| 39. - Bank of America - common stock | | | | | | | | | |
| 40. - Genentech Inc. - common stock | | | | | Partial sale | 4/12 | J | A | |
| 41. - | | | | | Partial sale | 8/19 | J | A | |
| 42. - General Electric Company - common stock | | | | | | | | | |
| 43. - Heineken NV ADR - common stock | | | | | | | | | |
| 44. - HSBC Holdings PLC ADR - common stock | | | | | | | | | |
| 45. - IMS Health Inc. - common stock | | | | | Final sale | 8/29 | J | A | |
| 46. - Jack Henry & Associates Inc. - common stock | | | | | | | | | |
| 47. - JP Morgan Chase & Company - common stock | | | | | Partial sale | 9/7 | J | A | |
| 48. - Maxim Integrated Products Inc. - common stock | | | | | | | | | |
| 49. - Mellon Financial Corporation - common stock | | | | | Final sale | 11/31 | J | A | |
| 50. - Microsoft Corporation - common stock | | | | | Partial buy | 12/8 | J | | |
| 51. - Nestle - SA ADR common stock | | | | | | | | | |
| 52. - Network Applicance Inc. - common stock | | | | | | | | | |
| 53. - Novartis AG ADR - common stock | | | | | Partial sale | 2/4 | J | A | |
| 54. - Pepsico Inc. - common stock | | | | | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and B4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 5/17/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 55. - Pixar Inc. - common stock | | | | | | | | | |
| 56. - Potash Corp. Sask. Inc. - common stock | | | | | Partial sale | 7/20 | J | A | |
| 57. - Progressive Corporation - common stock | | | | | | | | | |
| 58. - Qualcomm Inc. - common stock | | | | | | | | | |
| 59. - Royal Dutch Schell PLC ADR -common stock | | | | | | | | | Name change 7/20/05 |
| 60. - A T &T- common stock (formerly SBC Communications Inc.) | | | | | Partial buy | 8/12 | J | | Name change – 2005 |
| 61. - Schlumberger Ltd. - common stock | | | | | | | | | |
| 62. - Target Corporation - common stock | | | | | Partial sale | 3/3 | J | A | |
| 63. - | | | | | Final sale | 5/18 | J | A | |
| 64. - Teleflex Inc. - common stock | | | | | | | | | |
| 65. - Tootsie Roll Industries - common stock | | | | | Partial buy | 8/18 | J | | |
| 66. - Total S.A. ADR - common stock | | | | | | | | | |
| 67. - Unilever PLC ADR - common stock | | | | | | | | | |
| 68. - Valspar Corporation - common stock | | | | | | | | | |
| 69. - Verizon Communications - common stock | | | | | | | | | |
| 70. - Wal-Mart Stores Inc. - common stock | | | | | Partial buy | 9/14 | J | | |
| 71. - | | | | | Partial sale | 12/13 | J | | |
| 72. - Waste Management Inc. - common stock | | | | | | | | | |

1. Income/Gain Codes:      A – $1,000 or less      B = $1,001-$2,500      C – $2,501-$5,000      D – $5,001-$15,000      E = $15,001-$50,000
   (See Columns B1 and D4)      F = $50,001-$100,000      G = $100,001-$1,000,000      H1 – $1,000,001-$5,000,000      H2 – More than $5,000,000
2. Value Codes:      J = $15,000 or less      K = $15,001-$50,000      L – $50,001-$100,000      M – $100,001-$250,000
   (See Columns C1 and D3)      N = $250,000-$500,000      O = $500,001-$1,000,000      P1 – $1,000,001-$5,000,000      P2 – $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000      P4 = $More than $50,000,000
3. Value Method Codes      Q = Appraisal      R = Cost (Real Estate Only)      S = Assessment      T – Cash/Market
   (See Column C2)      U – Book Value      V – Other      W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 5/17/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 73. - Wells Fargo & Company - common stock | | | | | Partial sale | 7/5 | J | A | |
| 74. - | | | | | Final sale | 7/6 | J | A | |
| 75. - Xilinx Inc. - common stock | | | | | | | | | |
| 76. - AXA S.A. ADR - common stock | | | | | | | | | |
| 77. - Barclays PLC ADR - common stock | | | | | | | | | |
| 78. - Calamos Market Neutral Fund - mutual fund | | | | | | | | | |
| 79. - Citigroup Inc. - common stock | | | | | | | | | |
| 80. - Clear Channel Communications - common stock | | | | | Partial sale | 6/27 | J | A | |
| 81. - | | | | | Final sale | 7/5 | J | | |
| 82. - Certegy, Inc. - common stock | | | | | Final sale | 10/26 | J | A | |
| 83. - Donaldson Co. Inc. - common stock | | | | | | | | | |
| 84. - EMC Corp. - common stock | | | | | Partial sale | 5/10 | J | A | |
| 85. - Gap Inc. - common stock | | | | | Partial sale | 4/5 | J | A | |
| 86. - | | | | | Final sale | 4/6 | J | A | |
| 87. - Glaxosmithkline PLC ADR - common stock | | | | | | | | | |
| 88. - San Paolo IMI SpA ADR - common stock | | | | | | | | | |
| 89. - Illinois Tool Works Inc. - common stock | | | | | Final sale | 11/1 | J | A | |
| 90. - KAO Corporation ADR - common stock | | | | | | | | | |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 5/17/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 91. - Merck & Co. - common stock | | | | | | | | | |
| 92. - Nokia Corp. ADR - common stock | | | | | | | | | |
| 93. - Reinsurance Group of America - common stock | | | | | | | | | |
| 94. - Schering Plough Corp. - common stock | | | | | | | | | |
| 95. - Siemens AG ADR - common stock | | | | | Partial buy | 6/23 | J | | |
| 96. - Societe Generale ADR - common stock | | | | | | | | | |
| 97. - UBS AG - common stock | | | | | Partial sale | 10/27 | J | B | |
| 98. - Viacom Inc. - common stock | | | | | | | | | |
| 99. - Wachovia Corp. - common stock | | | | | | | | | |
| 100. - Xerox Corp. - common stock | | | | | Partial sale | 11/23 | J | A | |
| 101. - | | | | | Final sale | 11/25 | J | A | |
| 102. - Aflac, Inc. - common stock | | | | | Partial buy | 1/18 | J | | |
| 103. - Allied Irish Bks ADR - common stock | | | | | | | | | |
| 104. - Amazon Com Inc. - common stock | | | | | Partial buy | 5/9 | J | | |
| 105. - Archer-Daniels-Midland Co. - common stock | | | | | Final sale | 5/26 | J | A | |
| 106. - Brown & Brown Inc. - common stock | | | | | Partial sale | 11/14 | J | B | |
| 107. - CIE *Financiere Richemont AG - common stock | | | | | Final sale | 12/14 | J | B | |
| 108. - CSX Corp. - common stock | | | | | Partial sale | 5/18 | J | A | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4) F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes: J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3) N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000

3. Value Method Codes: Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2) U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 5/17/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 109. - | | | | | Final sale | 5/26 | J | A | |
| 110. - Comcast Corp. - common stock | | | | | | | | | |
| 111. - Copart Inc. - common stock | | | | | | | | | |
| 112. - Diagnostic Products Corp. - common stock | | | | | Partial buy | 11/14 | J | | |
| 113. - E. I. Dupont De Nemours & Co. - common stock | | | | | | | | | |
| 114. - Eaton Corp. - common stock | | | | | | | | | |
| 115. - EBay Inc. - common stock | | | | | Partial buy | 6/6 | J | | |
| 116. - Procter & Gamble - common stock (formerly Gillette Co.) | | | | | Partial buy | 6/21 | J | | See note in Section VIII |
| 117. - | | | | | Partial buy | 6/23 | J | | |
| 118. - | | | | | Partial buy | 11/15 | J | | |
| 119. - Merrill Lynch & Co. Inc. - common stock | | | | | Partial sale | 7/19 | J | A | |
| 120. - | | | | | Final sale | 7/20 | J | A | |
| 121. - Monsanto Co. - common stock | | | | | Partial sale | 12/1 | J | B | |
| 122. - Motorola Inc. - common stock | | | | | Partial sale | 11/1 | J | A | |
| 123. - Newmont Mining Corp. - common stock | | | | | | | | | |
| 124. - Nike Inc. - common stock | | | | | | | | | |
| 125. - Parker-Hannifin Corp. - common stock | | | | | | | | | |
| 126. - Praxair, Inc. - common stock | | | | | Partial sale | 10/17 | J | A | |

1. Income/Gain Codes: (See Columns B1 and D4)
A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000

3. Value Method Codes (See Column C2)
Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 5/17/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 127. - Regis Corp. Minnesota - common stock | | | | | | | | | |
| 128. - Rent-A-Center Inc. - common stock | | | | | | | | | |
| 129. - Rohm & Haas Co. - common stock | | | | | Final sale | 7/12 | J | A | |
| 130. - Teredyne Inc. - common stock | | | | | Final sale | 5/6 | J | | |
| 131. - Tesco PLC ADR - common stock | | | | | | | | | |
| 132. - Zebra Technologics Inc. - common stock | | | | | | | | | |
| 133. - Credit Suisse Group ADR - common stock | | | | | | | | | |
| 134. - Emerson Electric Co. - common stock | | | | | | | | | |
| 135. - Harley-Davidson Inc. - common stock | | | | | Final sale | 5/27 | J | A | |
| 136. - Kraft Foods Inc. - common stock | | | | | | | | | |
| 137. - Microchip Technology Inc. - common stock | | | | | | | | | |
| 138. - Newell Rubbermaid Inc. - common stock | | | | | | | | | |
| 139. - Patina Oil & Gas Corp. - common stock | | | | | Final sale | 3/28 | J | C | |
| 140. - Pimco High Income Fund - closed-end fund | | | | | | | | | |
| 141. - Progress Energy Inc. - common stock | | | | | | | | | |
| 142. - Roche Holding Ltd. ADR - common stock | | | | | Final sale | 8/10 | J | B | |
| 143. - Stancorp Financial Group - common stock | | | | | | | | | |
| 144. - Starbucks Corp. - common stock | | | | | Partial sale | 5/9 | J | A | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000

3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 5/17/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A -H) | (2)<br>Type (e.g.<br>div. rent or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 145. - Swiss Reinsurance ADR - common stock | | | | | | | | | |
| 146. - Tyco Int'l. Ltd. - common stock | | | | | Final sale | 9/20 | J | A | |
| 147. - Vodafone Group PLC ADR - common stock | | | | | | | | | |
| 148. - Walgreen Co. - common stock | | | | | | | | | |
| 149. - Yahoo Inc. - common stock | | | | | Partial sale | 5/6 | J | A | |
| 150. - Apollo - common stock | | | | | Partial buy | 5/6 | J | | |
| 151. - Axcan Pharma Inc.- CAD - common stock | | | | | | | | | |
| 152. - Baxter International Inc. - common stock | | | | | | | | | |
| 153. - Cardinal Health Inc. - common stock | | | | | Partial sale | 9/12 | J | | |
| 154. - | | | | | Final sale | 9/14 | J | A | |
| 155. - Commerce Bancorp Inc. - common stock | | | | | Partial buy | 8/11 | J | | |
| 156. - Cigna Corp. - common stock | | | | | Final sale | 10/31 | J | A | |
| 157. - Clorox - common stock | | | | | | | | | |
| 158. - CVS Corp. - common stock | | | | | | | | | |
| 159. - Enel Societa Per Azion ADR - common stock | | | | | Final sale | 5/10 | J | | |
| 160. - Electronic Arts - common stock | | | | | | | | | |
| 161. - Kimberly Clark Corp. - common stock | | | | | | | | | |
| 162. - Kroger Co. - common stock | | | | | | | | | |

1. Income/Gain Codes:   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 5/17/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | (1) | If not exempt from disclosure | | | |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 163. - Mettler Toledo International Inc. - common stock | | | | | | | | | |
| 164. - 99 Cents Only Store - common stock | | | | | | | | | |
| 165. - Normura Holdings Inc. ADR - common stock | | | | | | | | | |
| 166. - Nortel Networks Corp. - common stock | | | | | Final sale | 1/18 | J | | |
| 167. - Pfizer Inc. - common stock | | | | | Partial buy | 7/18 | J | | |
| 168. - | | | | | Partial buy | 12/27 | J | | |
| 169. - Schering A G ADR - common stock | | | | | | | | | |
| 170. - Solectron Corp. - common stock | | | | | Final sale | 6/9 | J | | |
| 171. - Symantec Corp. - common stock | | | | | Final sale | 10/24 | J | | |
| 172. - XM Satellite Radio Holdings - common stock | | | | | | | | | |
| 173. - Adobe Systems Inc. - common stock | | | | | New buy | 6/21 | J | | |
| 174. - | | | | | Partial buy | 6/22 | J | | |
| 175. - Automatic Data Processing Inc. - common stock | | | | | New buy | 8/23 | J | | |
| 176. - | | | | | Partial buy | 8/24 | J | | |
| 177. - | | | | | Partial buy | 12/8 | J | | |
| 178. - Barrick Gold Corp. CAD - common stock | | | | | New buy | 7/27 | J | | |
| 179. - Bellsouth Corp. - common stock | | | | | New buy | 8/8 | J | | |
| 180. - Campbell Soup Company - common stock | | | | | New buy | 8/2 | J | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 5/17/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 181. - Walt Disney Co. - common stock | | | | | New buy | 6/3 | J | | |
| 182. - El Paso Corp. - common stock | | | | | New buy | 12/15 | J | | |
| 183. - Electronic Data Systems Corp. - common sstock | | | | | New buy | 12/16 | J | | |
| 184. - General Dynamics Corp. - common stock | | | | | New buy | 7/1 | J | | |
| 185. - General Mills Inc. - common stock | | | | | New buy | 9/21 | J | | |
| 186. - Google Inc. - common stock | | | | | New buy | 4/11 | J | | |
| 187. - | | | | | Partial buy | 4/20 | J | | |
| 188. - Hartford Financial Services Group Inc. - common stock | | | | | New buy | 6/2 | J | | |
| 189. - | | | | | Partial buy | 6/3 | J | | |
| 190. - H. J. Heinz Co. - common stock | | | | | New buy | 1/12 | J | | |
| 191. - Hewlett Packard Co. - common stock | | | | | New buy | 3/18 | J | | |
| 192. - | | | | | Partial buy | 3/22 | | | |
| 193. - Honeywell International Inc. - common stock | | | | | New buy | 6/3 | | | |
| 194. - Hoya Corp. ADR - common stock | | | | | New buy | 5/27 | J | | |
| 195. - Imperial Tobacco Group PLC ADR - common stock | | | | | New buy | 9/2 | J | | |
| 196. - Johnson & Johnson - common stock | | | | | New buy | 10/7 | | | |
| 197. - Medimmune Inc. - common stock | | | | | New buy | 3/23 | | | |
| 198. - Mitsubishi UFJ Financial Group Inc. - common stock | | | | | New buy | 10/6 | J | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and B4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 5/17/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 199. - | | | | | Partial buy | 10/12 | J | | |
| 200. - | | | | | Partial buy | 10/28 | J | | |
| 201. - Raytheon Company - common stock | | | | | New buy | 8/8 | J | | |
| 202. - Salesforce.com Inc. - common stock | | | | | New buy | 12/16 | J | | |
| 203. - | | | | | Partial buy | 12/20 | J | | |
| 204. - Southern Company - common stock | | | | | New buy | 11/15 | J | | |
| 205. - Sprint Nextel Corp. - common stock | | | | | New buy | 9/21 | J | | |
| 206. - SRA International Inc. - common stock | | | | | New buy | 12/28 | J | | |
| 207. - Stericycle Inc. - common stock | | | | | New buy | 1/28 | J | | |
| 208. - | | | | | Partial buy | 2/25 | J | | |
| 209. - | | | | | Partial sale | 12/8 | J | A | |
| 210. - TNT N V ADR - common stock | | | | | New buy | 12/9 | J | | |
| 211. - Tribune Co. - common stock | | | | | New buy | 6/3 | J | | |
| 212. - UBCH Holdings Inc. - common stock | | | | | New buy | 8/30 | J | | |
| 213. - | | | | | Partial buy | 9/13 | J | | |
| 214. - United Parcel Service - common stock | | | | | New buy | 1/27 | J | | |
| 215. - | | | | | Final sale | 11/3 | J | A | |
| 216. - Universal Compression Holdings - common stock | | | | | New buy | 3/29 | J | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes: J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000

3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 5/17/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 217. - | | | | | Partial buy | 4/15 | J | | |
| 218. - | | | | | Partial buy | 4/26 | J | | |
| 219. - | | | | | Partial buy | 10/31 | J | | |
| 220. - Varian Medical Systems Inc. - common stock | | | | | New buy | 10/31 | J | | |
| 221. - Vivendi Universal ADR - common stock | | | | | New buy | 2/11 | J | | |
| 222. - XL Capital Ltd. - common stock | . | | | | New buy | 12/19 | J | | |
| 223. - Zurich Finanial Services ADR - common stock | | | | | New buy | 12/16 | J | | |
| 224. - CITIGROUP INC. - Corp. Bond | | | | | Final sale | 2/3 | K | | |
| 225. - COCA COLA ENTERPRISES - Corp. Bond | | | | | | | | | |
| 226. - FIRST DATA CORP. GLOBAL - Corp. Bond | | | | | Partial sale | 11/8 | J | | |
| 227. - | . | | | | Final sale | 12/19 | J | | |
| 228. - GENERAL ELECTRIC - Corp. Bond | | | | | | | | | |
| 229. - GOLDMAN SACHS GROUP - Corp. Bond | | | | | | | | | |
| 230. - IBM - Corp. Bond | | | | | | | | | |
| 231. - INTERNATIONAL LEASE FINANCE CORP. - Corp. Bond | | | | | | | | | |
| 232. - SBC COMMUNICATION - Corp. Bond | | | | | Final sale | 3/23 | K | | |
| 233. - TARGET CORP. - Corp. Bond | | | | | | | | | |
| 234. - UNILEVER CAPITAL CORP. - Corp. Bond | | | | | Final sale | 11/1 | J | | |

1. Income/Gain Codes:      A = $1,000 or less          B = $1,001-$2,500          C = $2,501-$5,000          D = $5,001-$15,000          E = $15,001-$50,000
   (See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes:            J = $15,000 or less          K = $15,001-$50,000          L = $50,000-$100,000          M = $100,001-$250,000
   (See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
                            P3 = $25,000,001-$50,000,000                             P4 = $More than $50,000,000

3. Value Method Codes       Q = Appraisal          R = Cost (Real Estate Only)          S = Assessment          T = Cash/Market
   (See Column C2)           U = Book Value         V = Other                           W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 5/17/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 235. - WAL-MART STORES INC. - Corp. Bond | | | | | | | | | |
| 236. - WELLS FARGO & CO. - Corp. Bond | | | | | Final sale | 3/23 | K | | |
| 237. - FEDERAL NAT'L MTG ASSN GLOBAL - Gov. Bond (#2) | | | | | Partial sale | 10/12 | K | | |
| 238. - U.S. TREASURY NOTES - Gov. Bond (#2) | | | | | Partial sale | 2/18 | J | | |
| 239. - | | | | | Partial buy | 3/23 | J | | |
| 240. - | | | | | Partial sale | 7/22 | J | | |
| 241. - | | | | | Final sale | 9/15 | J | | |
| 242. - BANK ONE CORP. - Corp. Bond | | | | | | | | | |
| 243. - COUNTRYWIDE HOME LOAN - Corp. Bond | | | | | | | | | |
| 244. - FEDERAL HOME LOAN MORTGAGE - Gov. Bond | | | | | | | | | See note in Section VIII |
| 245. - U.S. TREASURY NOTES - Gov. Bond (#3) | | | | | Final sale | 9/15 | K | | |
| 246. - U.S. TREASURY NOTES - Gov. Bond (#4) | | | | | Partial buy | 3/23 | J | | |
| 247. - | | | | | Partial buy | 6/23 | J | | |
| 248. - BANK OF AMERICA CORP. GLOBAL - Corp. Bond (new) | | | | | New buy | 11/19 | J | | |
| 249. - CITIGROUP INC. GLOBAL NOTES - Corp. Bond (new) | | | | | New buy | 2/3 | J | | |
| 250. - HOME DEPOT INC. GLOBAL NOTES - Corp. Bond (new) | | | | | New buy | 11/2 | J | | |
| 251. U.S. TREASURY NOTES-SER C 2011 - Gov. Bond (new) | | | | | New buy | 7/22 | J | | |
| 252. U.S. TREASURY NOTES-SER B 2012 - Gov. Bond (new) | | | | | New buy | 9/15 | K | | |

1. Income/Gain Codes: (See Columns B1 and D4)  A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000  P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000

3. Value Method Codes (See Column C2)  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market  U = Book Value  V = Other  W = Estimated

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | MORROW, MARGARET M | 5/17/2006 |

## VII. INVESTMENTS and TRUSTS  – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 253. U.S. TREASURY NOTES-SER E 2014 - Gov. Bond (new) | | | | | New buy | 10/12 | J | | |
| 254. U.S. TREASURY NOTES-SER E 2010 - Gov. Bond (new) | | | | | New buy | 2/18 | J | | |
| 255. - | | | | | Partial buy | 3/23 | J | | |
| 256. - | | | | | Partial buy | 6/23 | J | | |
| 257. Wells Fargo Bank - Account | | None | J | T | | | | | |
| 258. Kadison, Pfaelzer, Woodard, Quinn & Rossi Inv. Ptnrship. | A | Interest | K | T | | | | | |
| 259. Trust I | A | Dividend | L | T | | | | | |
| 260. - Berkshire Hathaway Inc. - Class B stock | | | | | | | | | |
| 261. - Cash equivalent - The Seidler Companies | | | | | | | | | |
| 262. BROKERAGE ACCOUNT #2 | | | | | | | | | |
| 263. - Cash equivalent - Smith Barney | E | Int. & Div. | K | T | | | | | |
| 264. - Alcoa Inc. - common stock | A | Dividend | | | Partial sale | 11/21 | J | A | |
| 265. - | | | | | Final sale | 11/22 | J | | |
| 266. - Ameren Corp. - common stock | A | Dividend | J | T | | | | | |
| 267. - American International Group - common stock | A | Dividend | J | T | Partial sale | 3/16 | J | | |
| 268. - | | | | | Partial sale | 4/29 | J | | |
| 269. - Amgen Inc. - common stock | | None | J | T | | | | | |
| 270. - Apple Computer Inc. - common stock | | None | | | Partial sale | 2/14 | J | B | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | ● = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 5/17/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 271. - | | | | | Final sale | 3/18 | J | A | |
| 272. - Archer-Daniels-Midland Co. - common stock | A | Dividend | | | Partial sale | 9/27 | J | A | |
| 273. - | | | | | Final sale | 9/28 | J | A | |
| 274. - Sanofi-Aventis ADR common stock | A | Dividend | J | T | | | | | |
| 275. - AXA S.A. ADR - common stock | A | Dividend | J | T | | | | | |
| 276. - BP PLC ADR - common stock | A | Dividend | J | T | | | | | |
| 277. - Baker Hughes Inc. - common stock | A | Dividend | J | T | | | | | |
| 278. - Ball Corp. - common stock | A | Dividend | J | T | | | | | |
| 279. - Barclays PLC ADR - common stock | A | Dividend | J | T | | | | | |
| 280. - Best Buy Inc. - common stock | A | Dividend | J | T | Partial sale | 310 | J | A | |
| 281. - CMS Energy Corp. - common stock | | None | J | T | | | | | - |
| 282. - Cadbury Schweppes PLC - common stock | A | Dividend | J | T | Partial sale | 10/10 | J | A | |
| 283. - Canon Inc. - common stock | A | Dividend | J | T | | | | | |
| 284. - Cardinal Health Inc. - common stock | A | Dividend | | | Partial sale | 9/12 | J | | |
| 285. - | | | | | Final sale | 9/14 | J | A | |
| 286. - Caremark RX Inc. - common stock | | None | J | T | Partial sale | 1/18 | J | A | |
| 287. - | | | | | Partial sale | 3/3 | J | A | |
| 288. - | | | | | Partial sale | 5/4 | J | A | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 5/17/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 289. - Cisco Systems Inc. - common stock | | None | J | T | Partial buy | 3/22 | J | | |
| 290. - Cintas Corp. - common stock | A | Dividend | | | Final sale | 4/26 | J | | |
| 291. - Citigroup Inc. - common stock | A | Dividend | J | T | Partial sale | 3/10 | J | A | |
| 292. - | | | | | Partial sale | 4/1 | J | A | |
| 293. - | | | | | Partial buy | 12/27 | J | | |
| 294. - Clear Channel Communications - common stock | A | Dividend | | | Partial sale | 6/27 | J | A | |
| 295. - | | | | | Final sale | 7/5 | J | | |
| 296. - Chemtura Corp. - (formerly Crompton Corp.) - common stock | A | Dividend | J | T | Merger | | | | See note in Section VIII |
| 297. - Danske Bank A/S ADR - common stock | A | Dividend | J | T | | | | | |
| 298. - Deere & Company - common stock | A | Dividend | J | T | | | | | |
| 299. - Diageo PLC ADR - common stock | A | Dividend | J | T- | | | | | |
| 300. - Eastman Chemical Company - common stock | A | Dividend | J | T | | | | | |
| 301. - Eaton Corp. - common stock | A | Dividend | J | T | | | | | |
| 302. - EMC Corp. - common stock | | None | J | T | | | | | |
| 303. - Emerson Electric Corp. - common stock | A | Dividend | J | T | | | | | |
| 304. - ENI S.P.A ADR - common stock | A | Dividend | J | T | | | | | |
| 305. - EOG Resources Inc. - common stock | A | Dividend | J | T | Partial sale | 10/3 | J | A | |
| 306. - Everest Reinsurance Group - common stock | A | Dividend | J | T | | | | | |

1. Income/Gain Codes:  A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 5/17/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. - Exxon Mobil Corp. - common stock | A | Dividend | K | T | Partial buy | 4/29 | J | | |
| 308. - | | | | | Partial buy | 5/31 | J | | |
| 309. - Fiscrv Inc. - common stock | | None | J | T | | | | | |
| 310. - Bank of America - common stock | A | Dividend | J | T | | | | | |
| 311. - Gap Inc. - common stock | A | Dividend | | | Partial sale | 4/5 | J | A | |
| 312. - | | | | | Final sale | 4/6 | J | A | |
| 313. - General Electric Inc. - common stock | A | Dividend | J | T | | | | | |
| 314. - Genuine Parts Co. - common stock | A | Dividend | J | T | | | | | |
| 315. - Georgia Pacific Corp. - common stock | A | Dividend | | | Final sale | 12/20 | J | B | |
| 316. - Glaxosmithkline PLC ADR - common stock | A | Dividend | J | T | | | | | |
| 317. - W. W. Grainger Inc. - common stock | A | Dividend | J | T | | | | | |
| 318. - HSBC Holdings PLC ADR - common stock | A | Dividend | J | T | | | | | |
| 319. - Healthcare Realty Trust Inc. - common stock | A | Dividend | J | T | | | | | |
| 320. - Heineken NV ADR - common stock | A | Dividend | J | T | | | | | |
| 321. - Home Depot Inc. - common stock | A | Dividend | J | T | | | | | |
| 322. - Hubbell Inc. - common stock | A | Dividend | J | T | | | | | |
| 323. - Illinois Tool Works Inc. - common stock | A | Dividend | J | T | Partial sale | 11/1 | J | A | |
| 324. - Intel Corp. - common stock | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Place "(X)" after each asset exempt from prior disclosure | Amount Code 1 (A -H) | (2) Type (e.g. div. rent or int.) | Value Code 2 (J-P) | Value Method Code3 (Q-W) | Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 325. - International Business Machines Corp. - common stock | A | Dividend | | | Partial sale | 4/15 | J | | |
| 326. - | | | | | Final sale | 7/12 | J | | |
| 327. - International Paper Co. - common stock | A | Dividend | J | T | | | | | |
| 328. - JP Morgan Chase & Co. - common stock | A | Dividend | J | T | Partial sale | 9/7 | J | A | |
| 329. - KAO Corp. ADR - common stock | A | Dividend | J | T | | | | | |
| 330. - Leggett & Platt Inc. - common stock | A | Dividend | | | Partial sale | 11/22 | J | | |
| 331. - | | | | | Final sale | 11/23 | J | | |
| 332. - Eli Lilly & Co. - common stock | A | Dividend | | | Final sale | 3/17 | J | | |
| 333. - Medtronic Inc. - common stock | A | Dividend | J | T | | | | | |
| 334. - Mellon Financial Corp. - common stock | A | Dividend | | | Final sale | 11/3 | J | A | |
| 335. - Merck & Company - common stock | A | Dividend | J | T | | | | | |
| 336. - Microsoft Corp. - common stock | A | Dividend | J | T | | | | | |
| 337. - Mylan Laboratories Inc. - common stock | A | Dividend | J | T | | | | | |
| 338. - Nestle S.A. ADR - common stock | A | Dividend | J | T | | | | | |
| 339. - Newell Rubbermaid Inc. - common stock | A | Dividend | J | T | | | | | |
| 340. - Nokia Corp. ADR - common stock | A | Dividend | J | T | | | | | |
| 341. - Northeast Utilities - common stock | A | Dividend | J | T | | | | | |
| 342. - Novartis AG ADR - common stock | A | Dividend | J | T | Partial sale | 2/4 | J | A | |

1. Income/Gain Codes: (See Columns B1 and D4)
A = $1,000 or less     B = $1,001-$2,500     C = $2,501-$5,000     D = $5,001-$15,000     E = $15,001-$50,000
F = $50,001-$100,000     G = $100,001-$1,000,000     H1 = $1,000,001-$5,000,000     H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
J = $15,000 or less     K = $15,001-$50,000     L = $50,001-$100,000     M = $100,001-$250,000
N = $250,000-$500,000     O = $500,001-$1,000,000     P1 = $1,000,001-$5,000,000     P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000     P4 = $More than $50,000,000

3. Value Method Codes (See Column C2)
Q = Appraisal     R = Cost (Real Estate Only)     S = Assessment     T = Cash/Market
U = Book Value     V = Other     W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 5/17/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 343. - | | | | | Partial buy | 10/12 | J | | |
| 344. - | | | | | Partial buy | 12/06 | J | | |
| 345. - Pactiv Corp. - common stock | | None | J | T | | | | | |
| 346. - PartnerRe Ltd. - BMD - common stock | A | Dividend | J | T | | | | | |
| 347. - Pepsico Inc. - common stock | A | Dividend | J | T | | | | | |
| 348. - Pfizer Inc. - common stock | A | Dividend | J | T | Partial sale | 1/20 | J | | |
| 349. - | | | | | Partial buy | 7/18 | J | | |
| 350. - Potash Corp. of Saskatchewan Inc.- common stock | A | Dividend | J | T | | | | | |
| 351. - Royal Dutch Shell PLC - common stock | A | Dividend | J | T | | | | | Name change 7/20/05 |
| 352. A T & T - common stock (formerly SBC Communications) | A | Dividend | J | T | | | | | Name change - 2005 |
| 353. - San Paolo IMI SpA ADR - common stock | A | Dividend | J | T | | | | | |
| 354. - Schering Plough Corp. - common stock | A | Dividend | J | T | | | | | |
| 355. - Schlumberger Ltd. - common stock | A | Dividend | J | T | | | | | |
| 356. - Siemens AG ADR - common stock | A | Dividend | J | T | Partial buy | 6/23 | J | | |
| 357. - Snap-On Inc. - common stock | A | Dividend | J | T | | | | | |
| 358. - Societe Generale ADR - common stock | A | Dividend | J | T | | | | | |
| 359. - Southwest Gas Corp. - common stock | A | Dividend | J | T | | | | | |
| 360. - Staples Inc. - common stock | A | Dividend | J | T | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 5/17/2006 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. If not exempt from disclosure (2) Date: Month-Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 361. - State Street Corp. - common stock | A | Dividend | J | T | Partial sale | 2/4 | J | | |
| 362. - Sybase Inc. - common stock | | None | J | T | | | | | |
| 363. - Target Corp. - common stock | A | Dividend | J | T | Partial sale | 3/3 | J | A | |
| 364. - | | | | | Partial sale | 5/18 | J | A | |
| 365. - Timkin Co. - common stock | A | Dividend | J | T | | | | | |
| 366. - Tommy Hilfiger - common stock | | None | J | T | | | | | |
| 367. - Total S.A. ADR - common stock | A | Dividend | J | T | | | | | |
| 368. - UBS AG-CHF - common stock | A | Dividend | J | T | Partial sale | 10/27 | J | A | |
| 369. - Unilever PLC ADR - common stock | A | Dividend | J | T | Partial sale | 10/6 | J | A | |
| 370. - Union Pacific Corp. - common stock | A | Dividend | J | T | | | | | |
| 371. - United Parcel Service - common stock | A | Dividend | J | T | Partial sale | 11/3 | J | A | |
| 372. - Verizon Communications - common stock | A | Dividend | J | T | | | | | |
| 373. - Viacom Inc. - common stock | A | Dividend | J | T | | | | | |
| 374. - Wachovia Corp. - common stock | A | Dividend | J | T | | | | | |
| 375. - Wal-Mart Stores Inc. - common stock | A | Dividend | J | T | Partial buy | 9/14 | J | | |
| 376. - | | | | | Partial sale | 9/20 | J | | |
| 377. - Walgreen Co. - common stock | A | Dividend | J | T | Partial sale | 2/15 | J | A | |
| 378. - Waste Management Inc. - common stock | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 5/17/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 379. - Wells Fargo & Co. - common stock | A | Dividend | J | T | Partial sale | 7/5 | J | A | |
| 380. - Wyeth - common stock | A | Dividend | J | T | | | | | |
| 381. - Xerox Corp. - common stock | | None | | | Final sale | 11/25 | J | | |
| 382. - XL Capital Ltd. - common stock | A | Dividend | J | T | Partial buy | 12/19 | J | | |
| 383. - LOS ANGELES CALIF DEPT ARPTS - Muni. Bond | A | Interest | | | Final sale | 4/5 | K | A | |
| 384. - METROPOLITAN WTR DIST SOUTHN - Muni. Bond | A | Interest | | | Final sale | 6/6 | K | A | |
| 385. - CALIF ST (DOT) FED HWY GRANT - Muni. Bond | A | Interest | K | T | Partial buy | 8/29 | J | | |
| 386. - CALIF ST ECONOMIC RECOVERY - Muni. Bond | A | Interest | | | Final sale | 9/9 | K | A | |
| 387. - CALIF ST G/O REF BOOK - Muni. Bond | A | Interest | | | Final sale | 10/14 | K | A | |
| 388. - FOOTHILL/EASTERN TRANSN CORRDR - Muni Bond | A | Interest | K | T | | | | | |
| 389. - L.A. CALIF USD G/O - Muni. Bond | A | Interest | | | Final sale | 12/5 | K | A | |
| 390. - MET. WTR DIST SO. CALIF WTRWKS - Muni. Bond | A | Interest | K | T | | | | | |
| 391. - RIVERSIDE CA ELEC REV - Muni. Bond | A | Interest | K | T | | | | | |
| 392. - SAN JOSE CA REDEV AGY TAX ALLC - Muni. Bond | A | Interest | K | T | | | | | |
| 393. - CALIF. ST. DEPT WAT RES WATER REV - (New) - Muni Bond | A | Interest | K | T | New buy | 9/9 | K | | |
| 394. - CONTRA COSTA CALIF. WATR DIST - (New) - Muni Bond | A | Interest | | | New buy | 6/14 | K | | |
| 395. - | | | | | Final sale | 11/22 | K | A | |
| 396. - LOS ANGELES CNTY CALIF MTA SALES - (New) - Muni Bond | A | Interest | K | T | New buy | 12/5 | K | | |

1. Income/Gain Codes: A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
(See Columns B1 and D4) F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
(See Columns C1 and D3) N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
(See Column C2) U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 5/17/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 397. - LOS GATOS CALIF JT UN HIGH SCH - (New) - Muni Bond | A | Interest | K | T | New buy | 10/8 | K | | |
| 398. - MT SAN ANTONIO CALIF CMNTY COL (New) - Muni Bond | A | Interest | K | T | New buy | 11/22 | K | | |
| 399. - SACRAMENTO CALIF. PWR AUTH COGEN (New) - Muni Bond | A | Interest | K | T | New buy | 4/8 | J | | |
| 400. - Allied Irish Banks - common stock | A | Dividend | J | T | Partial sale | 2/8 | J | A | |
| 401. - Bank of New York - common stock | A | Dividend | J | T | | | | | |
| 402. - Bausch & Lomb, Inc. - common stock | A | Dividend | J | T | | | | | |
| 403. - CIE *Financiere Richemont AG - common stock | A | Dividend | | | Final sale | 12/14 | J | B | |
| 404. - CNH Global N.V. - common stock | A | Dividend | J | T | | | | | |
| 405. - Comcast Corp. - common stock | | None | J | T | | | | | |
| 406. - CSX Corp. - common stock | A | Dividend | | | Final sale | 5/26 | J | A | |
| 407. - Cummins Inc. - common stock | A | Dividend | J | T | | | | | |
| 408. - Dana Corp. - common stock | A | Dividend | J | T | | | | | |
| 409. - E. I. Du Pont de Nemours & Co. - common stock | A | Dividend | J | T | | | | | |
| 410. - Foot Locker Inc. - common stock | A | Dividend | J | T | Partial buy | 3/18 | J | | |
| 411. - Procter & Gamble - common stock | A | Dividend | J | T | Partial buy | 1/19 | J | | See note in Section VIII |
| 412. - | | | | | Partial buy | 6/23 | J | | |
| 413. - | | | | | Partial buy | 7/19 | J | | |
| 414. - Halliburton Co. - common stock | A | Dividend | J | T | Partial sale | 6/29 | J | B | |

1. Income/Gain Codes: (See Columns B1 and B4)
A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
N = $250,000-$500,000  ● = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000

3. Value Method Codes (See Column C2)
Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 5/17/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 415. - | | | | | Partial sale | 9/26 | J | A | |
| 416. - Host Marriott Corp. - common stock | A | Dividend | J | T | | | | | |
| 417. - Meadwestvaco Corp. - common stock | A | Dividend | J | T | | | | | |
| 418. - Merrill Lynch & Co. Inc. - common stock | A | Dividend | | | Partial sale | 7/19 | J | A | |
| 419. - | | | | | Final sale | 7/20 | J | | |
| 420. - Monsanto Company - common stock | A | Dividend | J | T | Partial sale | 12/1 | J | A | |
| 421. - Motorola Inc. - common stock | A | Dividend | J | T | Partial sale | 11/2 | J | A | |
| 422. - Newmont Mining Corp. - common stock | A | Dividend | J | T | | | | | |
| 423. - Nike Inc. - common stock | A | Dividend | J | T | | | | | |
| 424. - Parker-Hannifin Corp. - common stock | A | Dividend | J | T | | | | | |
| 425. - Praxair Inc. - common stock | A | Dividend | J | · T · | Partial sale | 10/17 | J | A | |
| 426. - Pride International Inc. - common stock | | None | | | Partial sale | 9/29 | J | A | |
| 427. - | | | | | Partial sale | 11/2 | J | A | |
| 428. - | | | | | Final sale | 11/3 | J | A | |
| 429. - Rohm & Haas Co. - common stock | A | Dividend | | | Final sale | 7/12 | J | A | |
| 430. - Safeco Corp. - common stock | A | Dividend | J | T | Partial sale | 5/4 | J | A | |
| 431. - Sysco Corp. - common stock | A | Dividend | J | T | Partial sale | 9/20 | J | A | |
| 432. - Teradyne, Inc. - common stock | | None | | | Final sale | 5/6 | J | | |

1. Income/Gain Codes: (See Columns B1 and D4)
A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000

3. Value Method Codes (See Column C2)
Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 5/17/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 433. - Tesco PLC ADR - common stock | A | Dividend | J | T | | | | | |
| 434. - Abbott Laboratories - common stock | A | Dividend | J | T | | | | | |
| 435. - Adobe Systems Inc. - common stock | A | Dividend | | | Partial sale | 4/1 | J | A | |
| 436. - | | | | | Final sale | 4/27 | J | A | |
| 437. - Aetna Inc. - common stock | A | Dividend | J | T | | | | | |
| 438. - Aflac Inc. - common stock | A | Dividend | J | T | | | | | |
| 439. - Cadence Design Systems Inc. - common stock | | None | J | T | | | | | |
| 440. - Credit Suisse Group ADR - common stock | A | Dividend | J | T | | | | | |
| 441. - Dell Inc. - common stock | | None | J | T | | | | | |
| 442. - Genentech Inc. - common stock | | None | J | T | Partial sale | 12/6 | J | A | |
| 443. - Globalsantafe Corp. - common stock | A | Dividend | J | T | Partial sale | 10/7 | J | A | |
| 444. - Interpublic Group of Cos. Inc. - common stock | | None | J | T | | | | | |
| 445. - Kraft Foods - common stock | A | Dividend | J | T | | | | | |
| 446. - Maxim Integrated Prods. Inc. - common stock | A | Dividend | J | T | | | | | |
| 447. - Nisource Inc. - common stock | A | Dividend | J | T | | | | | |
| 448. - Progress Energy Inc. - common stock | A | Dividend | J | T | | | | | |
| 449. - Roche Hldg. Ltd. ADR - common stock | A | Dividend | | | Final sale | 8/10 | J | B | |
| 450. - Swiss Reinsurance ADR - common stock | A | Dividend | J | T | | | | | |

1. Income/Gain Codes: (See Columns B1 and D4)

| A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|
| F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |

2. Value Codes: (See Columns C1 and D3)

| J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 |
|---|---|---|---|
| N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 |
| P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | |

3. Value Method Codes (See Column C2)

| Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market |
|---|---|---|---|
| U = Book Value | V = Other | W = Estimated | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 5/17/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 451. - Teva Pharmaceutical Inds. Ltd. ADR - common stock | A | Dividend | J | T | | | | | |
| 452. - Tyco International Ltd. - common stock | A | Dividend | | | Final sale | 9/7 | J | | |
| 453. - Vodafone Group PLC ADR - common stock | A | Dividend | J | T | | | | | |
| 454. - Alexandria Real Estate Equities - common stock | A | Dividend | J | T | | | | | |
| 455. - American Financial Realty Trust - common stock | A | Dividend | J | T | | | | | |
| 456. - American Greetings Corp. - common stock | A | Dividend | J | T | | | | | |
| 457. - Apache Corp. - common stock | A | Dividend | J | T | | | | | |
| 458. - Archstone Smith Trust - common stock | A | Dividend | J | T | | | | | |
| 459. - Avalonbay Comntys Inc. - common stock | A | Dividend | J | T | | | | | |
| 460. - Avaya Inc. - common stock | | None | J | T | | | | | |
| 461. - Baxter Internatinal Inc. - common stock | A | Dividend | J | T | | | | | |
| 462. - Boston Properties Inc. - common stock | A | Dividend | J | T | | | | | |
| 463. - Brandywine Realty Trust - common stock | A | Dividend | J | T | | | | | |
| 464. - BRE Pptys Inc. - common stock | A | Dividend | J | T | | | | | |
| 465. - Brookfield Properties Corp. - common stock | A | Dividend | J | T | | | | | |
| 466. - CAI Multi-Strategy Series M - hedge fund | | None | L | T | | | | | |
| 467. - Carramerica Realty Corp. - common stock | A | Dividend | J | T | | | | | |
| 468. - Catellus Dev. Corp. - common stock | A | Dividend | | | Final sale | 8/10 | J | A | |

1. Income/Gain Codes: A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
(See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 5/17/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 469. - Centerpoint Pptys Trust - common stock | A | Dividend | J | T | | | | | |
| 470. - Centurytel Inc. - common stock | A | Dividend | J | T | | | | | |
| 471. - Cigna Corp. - common stock | A | Dividend | | | Final sale | 10/31 | J | A | |
| 472. - Citigroup Diversified Futures - Managed futures fund | C | Dividend | L | T | | | | | |
| 473. - Clorox Company - common stock | A | Dividend | J | T | | | | | |
| 474. - Computer Sciences Inc. - common stock | | None | | | Final sale | 11/10 | J | | |
| 475. - Conseco Inc. - common stock | | None | J | T | | | | | |
| 476. - CVS Corp. - common stock | A | Dividend | J | T | | | | | |
| 477. - Dean Foods Co. - common stock | | None | J | T | | | | | |
| 478. - Treehouse Foods Inc. - common stock | | | | | Final sale | 10/7 | J | A | Spin-off from Dean Foods Co. |
| 479. - Developers Diversified Realty CP Corp. - common stock | A | Dividend | J | T | | | | | |
| 480. - Duke Realty Company - common stock | A | Dividend | | | Final sale | 4/4 | J | | |
| 481. - Electronic Arts - common stock | | None | | | Partial sale | 3/22 | J | A | |
| 482. - | | | | | Final sale | 8/30 | J | | |
| 483. - Enel Societa Per Azion ADR - common stock | | None | | | Final sale | 5/10 | J | | |
| 484. - Equity Residential - common stock | A | Dividend | J | T | | | | | |
| 485. - Essex Property Trust Inc. - common stock | A | Dividend | J | T | | | | | |
| 486. - Extra Space Storage Inc. - common stock | A | Dividend | J | T | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
     (See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
     (See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
     P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
     (See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 5/17/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 487. - Fairmont Hotels & Resorts - common stock | A | Dividend | | | Final sale | 5/6 | J | A | |
| 488. - Federal Realty Invt TR SBI - common stock | A | Dividend | J | T | | | | | |
| 489. - Federated Dept. Stores - common stock | A | Dividend | J | T | Merger | | | | See note in Sectioon VIII |
| 490. - General Growth Properties - common stock | A | Dividend | J | T | | | | | |
| 491. - Hilton Hotels Inc. - common stock | A | Dividend | J | T | | | | | |
| 492. - Innkeeppers USA Trust - common stock | A | Dividend | | | Final sale | 4/22 | J | A | |
| 493. - Kilroy Realty Corp. - common stock | A | Dividend | | | Final sale | 7/15 | J | A | |
| 494. - Kimberly-Clark Corp. - common stock | A | Dividend | J | T | | | | | |
| 495. - King Pharmaceuticals - common stock | | None | J | T | | | | | |
| 496. - Kite Realty Group Trust - common stock | A | Dividend | | | Final sale | 6/29 | J | A | |
| 497. - Kroger Co. - common stock | .. | None | J | T | | | | | |
| 498. - LaSalle Hotel Pptys. SBI - common stock | A | Dividend | J | T | | | | | |
| 499. - Macherich Company - common stock | A | Dividend | J | T | | | | | |
| 500. - Mack Cali Realty Corp. - common stock | A | Dividend | | | Final sale | 4/6 | J | | |
| 501. - McAfee Inc. - common stock | | None | J | T | | | | | |
| 502. - McGraw Hill Cos. Inc. - common stock | A | Dividend | J | T | | | | | |
| 503. - Mills Corp. - common stock | A | Dividend | J | T | | | | | |
| 504. - Mosaic Company - common stock | | None | J | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 5/17/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 505. - Nomura Holdings Inc. ADR - common stock | A | Dividend | J | T | | | | | |
| 506. - Nortel Networks Corp. - common stock | | None | | | Final sale | 1/18 | J | | |
| 507. - Officemax Inc. - common stock | A | Dividend | J | T | | | | | |
| 508. - Pan Pacific Retail Properties - common stock | A | Dividend | | | Final sale | 7/8 | J | A | |
| 509. - Plum Creek Timber Co. - common stock | A | Dividend | | | Final sale | 4/29 | J | | |
| 510. - PMI Group Inc. - common stock | A | Dividend | J | T | | | | | |
| 511. - Prologis SH Ben Int - common stock | A | Dividend | J | T | | | | | |
| 512. - Public Storage Inc. - common stock | A | Dividend | J | T | | | | | |
| 513. - Regency Centers Corp. - common stock | A | Dividend | J | T | | | | | |
| 514. - R. H. Donnelley Corp. - common stock | | None | J | T | | | | | |
| 515. - R. R. Donnelley & Sons Co. - common stock | A | Dividend | J | T·· | | | | | |
| 516. - Schering A G ADR - common stock | A | Dividend | J | T | | | | | |
| 517. - Shurgard Storage Ctrs. Inc. - common stock | A | None | | | Final sale | 2/3 | J | A | |
| 518. - Simon Ppty. Group Inc. - common stock | A | Dividend | J | T | | | | | |
| 519. - SL Green Realty Corp. - common stock | A | Dividend | J | T | | | | | |
| 520. - Solectron Corp. - common stock | | None | | | Final sale | 6/9 | J | | |
| 521. - Starwood Hotels & Resorts Worldwide - common stock | | None | J | T | | | | | |
| 522. - Trizec Properties Inc. - common stock | A | Dividend | J | T | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,000-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 5/17/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 523. - United Dominion Realty Trust - common stock | A | Dividend | J | T | | | | | |
| 524. - Ventas Inc. - common stock | A | Dividend | J | T | | | | | |
| 525. - Vornado Realty TR SBI - common stock | A | Dividend | J | T | Partial buy | 6/9 | J | | |
| 526. - AMB Property Corp. - common stock | A | Dividend | J | T | New buy | 5/26 | J | | |
| 527. - American Century CA High Yield Municipal Fund | B | Dividend | L | T | New buy | 2/9 | L | | |
| 528. - Arden Realty Inc. - common stock | A | Dividend | J | T | New buy | 7/28 | J | | |
| 529. - Automatic Data Processing - common stock | A | Dividend | J | T | New buy | 8/23 | J | | |
| 530. - | | | | | Partial buy | 12/8 | J | | |
| 531. - B J Services - common stock | | None | J | T | New buy | 11/29 | J | | |
| 532. - | | | | | Partial buy | 12/12 | J | | |
| 533. - Barrick Gold Corp. CAD - common stock | A | Dividend | J | T | New buy | 7/27 | J | | |
| 534. - Bellsouth Corp. - common stock | A | Dividend | J | T | New buy | 8/8 | J | | |
| 535. - Bowater Inc. - common stock | A | Dividend | J | T | New buy | 3/17 | J | | |
| 536. - Brinker International Inc. - common stock | A | Dividend | J | T | New buy | 3/10 | J | | |
| 537. - Campbell Soup Company - common stock | A | Dividend | J | T | New buy | 8/2 | J | | |
| 538. - Camden Property Trust SBI - common stock | A | Dividend | J | T | New buy | 2/14 | J | | |
| 539. - CBL & Assoc. PPTYS Inc. - common stock | A | Dividend | J | T | New buy | 9/9 | J | | |
| 540. - Colonial PPTYS Trust SBI - common stock | A | Dividend | J | T | New buy | 7/14 | J | | |

1. Income/Gain Codes: (See Columns B1 and D4)
A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000

3. Value Method Codes (See Column C2)
Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 5/17/2006 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 541. - EBay – common stock | | None | J | T | New buy | 4/1 | J | | |
| 542. - | | | | | Partial buy | 5/4 | J | | |
| 543. - El Paso Corporation - common stock | | None | J | T | New buy | 12/15 | J | | |
| 544. - Electronic Data Sys Corp. - common stock | | None | J | T | New buy | 12/16 | J | | |
| 545. - Equity Office Properties Trust - common stock | A | Dividend | J | T | New buy | 11/1 | J | | |
| 546. - General Dynamics Corp. - common stock | A | Dividend | J | T | New buy | 7/1 | J | | |
| 547. - General Mills Inc. - common stock | A | Dividend | J | T | New buy | 9/21 | J | | |
| 548. - Genworth Financial Inc. - common stock | A | Dividend | J | T | New buy | 7/29 | J | | |
| 549. - H. J. Heinz Company - common stock | A | Dividend | J | T | New buy | 1/12 | J | | |
| 550. - Hartford Financial Services - common stock | A | Dividend | J | T | New buy | 6/2 | J | | |
| 551. - | | | | | Partial buy | 6/3 | J | | |
| 552. - Health Care REIT - common stock | A | Dividend | J | T | New buy | 12/15 | J | | |
| 553. - Hewlett Packard Co. - common stock | A | Dividend | J | T | New buy | 3/18 | J | | |
| 554. - Honeywell International Inc. - common stock | A | Dividend | J | T | New buy | 6/03 | J | | |
| 555. - Hoya Corp. ADR - common stock | A | Dividend | J | T | New buy | 5/27 | J | | |
| 556. - Imperial Tobacco Group, PLC ADR - common stock | | None | J | T | New buy | 9/2 | J | | |
| 557. - Inland Real Estate Corp. - common stock | A | Dividend | | | New buy | 1/21 | J | | |
| 558. - | | | | | Final sale | 3/24 | J | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000

3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 5/17/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 559. - Johnson & Johnson - common stock | A | Dividend | J | T | New buy | 1/20 | J | | |
| 560. - | | | | | Partial buy | 8/30 | J | | |
| 561. - | | | | | Partial buy | 10/7 | J | | |
| 562. - La Quinta Corp. - common stock | | None | | | New buy | 7/13 | J | | |
| 563. - | | | | | Final sale | 9/22 | J | | |
| 564. - Medimmune Inc. - common stock | | None | J | T | New buy | 3/23 | J | | |
| 565. - Mitsubishi UFJ Financial Group Inc. ADR - common stock | | None | J | T | New buy | 10/6 | J | | |
| 566. - | | | | | Partial buy | 10/12 | J | | |
| 567. - | | | | | Partial buy | 10/28 | J | | |
| 568. - New Plan Excel Realty TR Inc. - common stock | A | Dividend | J | T | New buy | 6/2 | J | | |
| 569. - Nuveen High Yield Municipal Bond Fund | B | Dividend | L | T | New buy | 2/9 | L | | |
| 570. - Post Properties Inc. - common stock | A | Dividend | J | T | New buy | 6/9 | J | | |
| 571. - Prentiss PPTYS Trust - common stock | A | Dividend | J | T | New buy | 6/9 | J | | |
| 572. - PS Business PKS Inc. Calif. - common stock | A | Dividend | J | T | New buy | 6/9 | J | | |
| 573. - Qwest Communications International - common stock | | None | J | T | New buy | 12/1 | J | | |
| 574. - Raytheon Company - common stock | A | Dividend | J | T | New buy | 8/8 | J | | |
| 575. - Reckson Associates Realty Corp. - common stock | A | Dividend | J | T | New buy | 4/4 | J | | |
| 576. - Sabre Group Holdings Inc. - common stock | A | Dividend | J | T | New buy | 5/2 | J | | |

1. Income/Gain Codes: A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
(See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 5/17/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 577. - | | | | | Partial buy | 10/4 | J | | |
| 578. - Sprint Nextel Corp. - common stock | A | Dividend | J | T | New buy | 9/21 | J | | |
| 579. - Starbucks - common stock | | None | J | T | New buy | 4/20 | J | | |
| 580. - | | | | | Partial buy | 6/28 | J | | |
| 581. - Tellabs Inc. - common stock | | None | J | T | New buy | 12/14 | J | | |
| 582. - INT N V ADR - common stock | | None | J | T | New buy | 12/9 | J | | |
| 583. - Tribune Co. - common stock | A | Dividend | J | T | New buy | 7/7 | J | | |
| 584. - U-Store-it Trust - common stock | A | Dividend | J | T | New buy | 7/26 | J | | |
| 585. - Vivendi Universal ADR - common stock | A | Dividend | J | T | New buy | 2/11 | J | | |
| 586. - Walt Disney - common stock | | None | J | T | New buy | 6/30 | J | | |
| 587. - Westwood One Inc. - common stock | A | Dividend | J | T | New buy | 1/14 | J | | |
| 588. - Zebra Technologies - common stock | | None | | | New buy | 1/18 | J | | |
| 589. - | | | | | Final sale | 7/27 | J | | |
| 590. - Zimmer Holdings Inc. - common stock | | None | J | T | New buy | 1/18 | J | | |
| 591. - | | | | | Partial buy | 2/1 | J | | |
| 592. - | | | | | Partial buy | 3/17 | J | | |
| 593. - Zurich Financial Services ADR - common stock | | None | J | T | New buy | 12/16 | J | | |

1. Income/Gain Codes: (See Columns B1 and D4)
A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000

3. Value Method Codes: (See Column C2)
Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
U = Book Value   V = Other   W = Estimated

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

SECTION VII:

BROKERAGE ACCOUNT #1

Page 7, lines 116: Procter & Gamble purchased Gillette Company in January 2005.

Page 14, line 244: In my 2004 Financial Disclosure Report, Part 7, Page 13, lines 221-222, I inadvertantly reported a final sale in my Federal Home Loan Mortgage government bond. In fact, it was a partial sale and there are no reportable transactions during this current period.


BROKERAGE ACCOUNT #2

Page 17, line 296. On July 1, 2005, Crompton Corporation and Great Lakes Chemical Corporation merged; the name of the company became Chemtura Corporation. There are no reportable transactions in my Chemtura Corporation position.

Page 23, lines 411: Gillette Company listed in Part 7, Page 23, line 403 of my 2004 Financial Disclosure Report was purchased by Procter & Gamble in January 2005. Procter & Gamble and that entry has now been combined with the entry in Part 7, Page 23, line 411 of my current 2005 Financial Disclosure Report.

Page 28, line 489: May Dept. Stores Co. listed in Part 7, Page 29, line 511 of my 2004 Financial Dissclosure Report merged with Federated Department Stores on August 30, 2005. Federated Department Stores and that entry has now been combined with the entry in Part 7, Page 28, line 489 of my current 2005 Financial Disclosure Report.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | MORROW, MARGARET M | 5/17/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____ ████████████████████ _____

Date _____ May 17, 2006 _____

NOTE: ANY INDIV████████████████████ WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

| AO-10 |
| Rev. 1/2004 |

# FINANCIAL DISCLOSURE REPORT **COPY**

## FOR CALENDAR YEAR 2005

Report Required by the Ethics In Government Act of 1978 (5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>MORROW, MARGARET M | 2. Court or Organization<br><br>U.S. District Court, CACD | 3. Date of Report<br><br>5/12/2006 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U. S. District Judge - Active | 5. ReportType (check appropriate type)<br><br>○ Nomination, Date<br><br>○ Initial  ● Annual  ○ Final | 6. Reporting Period<br><br>1/1/2005<br>to<br>12/31/2005 |
| 7. Chambers or Office Address<br><br>United States District Court<br>255 E. Temple St., Ste. 770<br>Los Angeles, California 90012 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | Ninth Circuit Historical Society |
| 2. | Trustee | Bryn Mawr College - Board of Trustees |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2005 | California Courts of Appeal, Second Appellate District, Salary |

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Bryn Mawr College | March 3-5: Bryn Mawr, PA - Bryn Mawr College, Board of Trustees Meeting - (Air Transportation, Meals) |
| 2. | Bryn Mawr College | May 5-7: Bryn Mawr, PA - Bryn Mawr College, Board of Trustees Meeting - (Air Transportation, Meals) |
| 3. | Bryn Mawr College | October 20-22: Bryn Mawr, PA - Bryn Mawr College, Board of Trustees Meeting - (Air Transportation, Meals) |
| 4. | | |
| 5. | | |
| 6. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 5/12/2006 |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 5/12/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| □ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Van Kampen American Capital, Pace Fund-A - IRA | | None | L | T | | | | | |
| 2. Vanguard Windsor II Fund - IRA | A | Dividend | J | T | | | | | |
| 3. Wells Fargo Bank - IRA | A | Interest | J | T | | | | | |
| 4. BROKERAGE ACCOUNT #1 - INDIVIDUAL RETIREMENT ACCOUNT | E | Div. & Int. | P1 | T | | | | | |
| 5. - Cash equivalent - Smith Barney | | | | | | | | | |
| 6. - International Paper Company - common stock | | | | | | | | | |
| 7. - Union Pacific Corp. - common stock | | | | | | | | | |
| 8. - Alcoa Inc. - common stock | | | | | Partial sale | 11/21 | J | A | |
| 9. - | | | | | Final sale | 11/22 | J | A | |
| 10. - Wyeth - common stock | | | | | | | | | |
| 11. - American International Group, Inc. - common stock | | | | | | | | | |
| 12. - Amgen Inc. - common stock | | | | | Partial sale | J | | | |
| 13. - Apple Computer Inc. - common stock | | | | | Partial sale | 2/14 | J | B | |
| 14. | | | | | Final sale | 3/18 | J | B | |
| 15. - Applied Materials Inc. - common shares | | | | | Final sale | 4/21 | | | |
| 16. - Sanofi-Aventis ADR - com. stk. - (formerly Aventis ADR) | | | | | | | | | |
| 17. - Baker Hughes Inc. - common stock | | | | | | | | | |
| 18. - Bank of New York Inc. - common stock | | | | | | | | | |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes: Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. - Bemis Company Inc. - common stock | | | | | | | | | |
| 20. - BP PLC ADR - common stock | | | | | | | | | |
| 21. - C.H. Robinson Worldwide - common stock | | | | | Partial sale | 2/8 | J | A | |
| 22. - | | | | | Partial sale | 6/14 | J | A | |
| 23. - | | | | | Partial sale | 11/16 | J | A | |
| 24. - Cadbury Schweppes PLC ADR - common stock | | | | | | | | | |
| 25. - Canon Inc. ADR - common stock | - | | | | | | | | |
| 26. - Catalina Marketing Corporation - common stock | | | | | | | | | |
| 27. - Cincinnati Financial Corporation - common stock | | | | | | | | | |
| 28. - Cintas Corporation - common stock | | | | | | | | | |
| 29. - Cisco Systems Inc. - common stock | | | | | | | | | |
| 30. - Danske Bank A/S ADR - common stock | | | | | | | | | |
| 31. - Deere & Company - common stock | | | | | | | | | |
| 32. - Dell Computer Inc. - common stock | | | | | | | | | |
| 33. - Diageo PLC ADR - common stock | | | | | | | | | |
| 34. - Eaton Vance Corp. - common stock | | | | | | | | | |
| 35. - ENI S.P.A. ADR - common stock | | | | | | | | | |
| 36. - Equifax Inc. - common stock | | | | | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 5/12/2006 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. - Exxon Mobil Corporation - common stock | | | | | | | | | |
| 38. - Fair Isaac & Co. Inc. - common stock | | | | | | | | | |
| 39. - Bank of America - common stock | | | | | | | | | |
| 40. - Genentech Inc. - common stock | | | | | Partial sale | 4/12 | J | A | |
| 41. - | | | | | Partial sale | 8/19 | J | A | |
| 42. - General Electric Company - common stock | | | | | | | | | |
| 43. - Heineken NV ADR - common stock | | | | | | | | | |
| 44. - HSBC Holdings PLC ADR - common stock | | | | | | | | | |
| 45. - IMS Health Inc. - common stock | | | | | Final sale | 8/29 | J | A | |
| 46. - Jack Henry & Associates Inc. - common stock | | | | | | | | | |
| 47. - JP Morgan Chase & Company - common stock | | | | | Partial sale | 9/7 | J | A | |
| 48. - Maxim Integrated Products Inc. - common stock | | | | | | | | | |
| 49. - Mellon Financial Corporation - common stock | | | | | Final sale | 11/31 | J | A | |
| 50. - Microsoft Corporation - common stock | | | | | Partial buy | 12/8 | J | | |
| 51. - Nestle - SA ADR common stock | | | | | | | | | |
| 52. - Network Applicance Inc. - common stock | | | | | | | | | |
| 53. - Novartis AG ADR - common stock | | | | | Partial sale | 2/4 | J | A | |
| 54. - Pepsico Inc. - common stock | | | | | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000

3. Value Method Codes:    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 5/12/2006 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 55. - Pixar Inc. - common stock | | | | | | | | | |
| 56. - Potash Corp. Sask. Inc. - common stock | | | | | Partial sale | 7/20 | J | A | |
| 57. - Progressive Corporation - common stock | | | | | | | | | |
| 58. - Qualcomm Inc. - common stock | | | | | | | | | |
| 59. - Royal Dutch Schell PLC ADR -common stock | | | | | | | | | Name change 7/20/05 |
| 60. - A T &T- common stock (formerly SBC Communications Inc.) | | | | | Partial buy | 8/12 | J | | Name change - 2005 |
| 61. - Schlumberger Ltd. - common stock | | | | | | | | | |
| 62. - Target Corporation - common stock | | | | | Partial sale | 3/3 | J | A | |
| 63. - | | | | | Final sale | 5/18 | J | A | |
| 64. - Teleflex Inc. - common stock | | | | | | | | | |
| 65. - Tootsie Roll Industries - common stock | | | | | Partial buy | 8/18 | J | | |
| 66. - Total S.A. ADR - common stock | | | | | | | | | |
| 67. - Unilever PLC ADR - common stock | | | | | | | | | |
| 68. - Valspar Corporation - common stock | | | | | | | | | |
| 69. - Verizon Communications - common stock | | | | | | | | | |
| 70. - Wal-Mart Stores Inc. - common stock | | | | | Partial buy | 9/14 | J | | |
| 71. - | | | | | Partial sale | 12/13 | J | | |
| 72. - Waste Management Inc. - common stock | | | | | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 5/12/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 73. - Wells Fargo & Company - common stock | | | | | Partial sale | 7/5 | J | A | |
| 74. - | | | | | Final sale | 7/6 | J | A | |
| 75. - Xilinx Inc. - common stock | | | | | | | | | |
| 76. - AXA S.A. ADR - common stock | | | | | | | | | |
| 77. - Barclays PLC ADR - common stock | | | | | | | | | |
| 78. - Calamos Market Neutral Fund - mutual fund | | | | | | | | | |
| 79. - Citigroup Inc. - common stock | | | | | | | | | |
| 80. - Clear Channel Communications - common stock | | | | | Partial sale | 6/27 | J | A | |
| 81. - | | | | | Final sale | 7/5 | J | | |
| 82. - Certegy, Inc. - common stock | | | | | Final sale | 10/26 | J | A | |
| 83. - Donaldson Co. Inc. - common stock | | | | | | | | | |
| 84. - BMC Corp. - common stock | | | | | Partial sale | 5/10 | J | A | |
| 85. - Gap Inc. - common stock | | | | | Partial sale | 4/5 | J | A | |
| 86. - | | | | | Final sale | 4/6 | J | A | |
| 87. - Glaxosmithkline PLC ADR - common stock | | | | | | | | | |
| 88. - San Paolo IMI SpA ADR - common stock | | | | | | | | | |
| 89. - Illinois Tool Works Inc. - common stock | | | | | Final sale | 11/1 | J | A | |
| 90. - KAO Corporation ADR - common stock | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 5/12/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 91. - Merck & Co. - common stock | | | | | | | | | |
| 92. - Nokia Corp. ADR - common stock | | | | | | | | | |
| 93. - Reinsurance Group of America - common stock | | | | | | | | | |
| 94. - Schering Plough Corp. - common stock | | | | | | | | | |
| 95. - Siemens AG ADR - common stock | | | | | Partial buy | 6/23 | J | | |
| 96. - Societe Generale ADR - common stock | | | | | | | | | |
| 97. - UBS AG - common stock | | | | | Partial sale | 10/27 | J | B | |
| 98. - Viacom Inc. - common stock | | | | | | | | | |
| 99. - Wachovia Corp. - common stock | | | | | | | | | |
| 100. - Xerox Corp. - common stock | | | | | Partial sale | 11/23 | J | A | |
| 101. - | | | | | Final sale | 11/25 | J | A | |
| 102. - Aflac, Inc. - common stock | | | | | Partial buy | 1/18 | J | | |
| 103. - Allied Irish Bks ADR - common stock | | | | | | | | | |
| 104. - Amazon Com Inc. - common stock | | | | | Partial buy | 5/9 | J | | |
| 105. - Archer-Daniels-Midland Co. - common stock | | | | | Final sale | 5/26 | J | A | |
| 106. - Brown & Brown Inc. - common stock | | | | | Partial sale | 11/14 | J | B | |
| 107. - CIE *Financiere Richemont AG - common stock | | | | | Final sale | 12/14 | J | B | |
| 108. - CSX Corp. - common stock | | | | | Partial sale | 5/18 | J | A | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 5/12/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 109. - | | | | | Final sale | 5/26 | J | A | |
| 110. - Comcast Corp. - common stock | | | | | | | | | |
| 111. - Copart Inc. - common stock | | | | | | | | | |
| 112. - Diagnostic Products Corp. - common stock | | | | | Partial buy | 11/14 | J | | |
| 113. - E. I. Dupont De Nemours & Co. - common stock | | | | | | | | | |
| 114. - Eaton Corp. - common stock | | | | | | | | | |
| 115. - EBay Inc. - common stock | | | | | Partial buy | 6/6 | J | | |
| 116. - Procter & Gamble - common stock (formerly Gillette Co.) | | | | | Partial buy | 6/21 | J | | See note in Section VIII |
| 117. - | | | | | Partial buy | 6/23 | J | | |
| 118. - | | | | | Partial buy | 11/15 | J | | |
| 119. - Merrill Lynch & Co. Inc. - common stock | | | | | Partial sale | 7/19 | J | A | |
| 120. - | | | | | Final sale | 7/20 | J | A | |
| 121. - Monsanto Co. - common stock | | | | | Partial sale | 12/1 | J | B | |
| 122. - Motorola Inc. - common stock | | | | | Partial sale | 11/1 | J | A | |
| 123. - Newmont Mining Corp. - common stock | | | | | | | | | |
| 124. - Nike Inc. - common stock | | | | | | | | | |
| 125. - Parker-Hannifin Corp. - common stock | | | | | | | | | |
| 126. - Praxair, Inc. - common stock | | | | | Partial sale | 10/17 | J | A | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 5/12/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 127. - Regis Corp. Minnesota - common stock | | | | | | | | | |
| 128. - Rent-A-Center Inc. - common stock | | | | | | | | | |
| 129. - Rohm & Haas Co. - common stock | | | | | Final sale | 7/12 | J | A | |
| 130. - Teredyne Inc. - common stock | | | | | Final sale | 5/6 | J | | |
| 131. - Tesco PLC ADR - common stock | | | | | | | | | |
| 132. - Zebra Technologies Inc. - common stock | | | | | | | | | |
| 133. - Credit Suisse Group ADR - common stock | | | | | | | | | |
| 134. - Emerson Electric Co. - common stock | | | | | | | | | |
| 135. - Harley-Davidson Inc. - common stock | | | | | Final sale | 5/27 | J | A | |
| 136. - Kraft Foods Inc. - common stock | | | | | | | | | |
| 137. - Microchip Technology Inc. - common stock | | | | | | | | | |
| 138. - Newell Rubbermaid Inc. - common stock | | | | | | | | | |
| 139. - Patina Oil & Gas Corp. - common stock | | | | | Final sale | 3/28 | J | C | |
| 140. - Pimco High Income Fund - closed-end fund | | | | | | | | | |
| 141. - Progress Energy Inc. - common stock | | | | | | | | | |
| 142. - Roche Holding Ltd. ADR - common stock | | | | | Final sale | 8/10 | J | B | |
| 143. - Stancorp Financial Group - common stock | | | | | | | | | |
| 144. - Starbucks Corp. - common stock | | | | | Partial sale | 5/9 | J | A | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 5/12/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 145. - Swiss Reinsurance ADR - common stock | | | | | | | | | |
| 146. - Tyco Int'l. Ltd. - common stock | | | | | Final sale | 9/20 | J | A | |
| 147. - Vodafone Group PLC ADR - common stock | | | | | | | | | |
| 148. - Walgreen Co. - common stock | | | | | | | | | |
| 149. - Yahoo Inc. - common stock | | | | | Partial sale | 5/6 | J | A | |
| 150. - Apollo - common stock | | | | | Partial buy | 5/6 | J | | |
| 151. - Axcan Pharma Inc.- CAD - common stock | | | | | | | | | |
| 152. - Baxter International Inc. - common stock | | | | | | | | | |
| 153. - Cardinal Health Inc. - common stock | | | | | Partial sale | 9/12 | J | | |
| 154. - | | | | | Final sale | 9/14 | J | A | |
| 155. - Commerce Bancorp Inc. - common stock | | | | | Partial buy | 8/11 | J | | |
| 156. - Cigna Corp. - common stock | | | | | Final sale | 10/31 | J | A | |
| 157. - Clorox - common stock | | | | | | | | | |
| 158. - CVS Corp. - common stock | | | | | | | | | |
| 159. - Enel Societa Per Azion ADR - common stock | | | | | Final sale | 5/10 | J | | |
| 160. - Electronic Arts - common stock | | | | | | | | | |
| 161. - Kimberly Clark Corp. - common stock | | | | | | | | | |
| 162. - Kroger Co. - common stock | | | | | | | | | |

1. Income/Gain Codes:  A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
(See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 5/12/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 163. - Mettler Toledo International Inc. - common stock | | | | | | | | | |
| 164. - 99 Cents Only Store - common stock | | | | | | | | | |
| 165. - Normura Holdings Inc. ADR - common stock | | | | | | | | | |
| 166. - Nortel Networks Corp. - common stock | | | | | Final sale | 1/18 | J | | |
| 167. - Pfizer Inc. - common stock | | | | | Partial buy | 7/18 | J | | |
| 168. - | | | | | Partial buy | 12/27 | J | | |
| 169. - Schering A G ADR - common stock | | | | | | | | | |
| 170. - Solectron Corp. - common stock | | | | | Final sale | 6/9 | J | | |
| 171. - Symantec Corp. - common stock | | | | | Final sale | 10/24 | J | | |
| 172. - XM Satellite Radio Holdings - common stock | | | | | | | | | |
| 173. - Adobe Systems Inc. - common stock | | | | | New buy | 6/21 | J | | |
| 174. - | | | | | Partial buy | 6/22 | J | | |
| 175. - Automatic Data Processing Inc. - common stock | | | | | New buy | 8/23 | J | | |
| 176. - | | | | | Partial buy | 8/24 | J | | |
| 177. - | | | | | Partial buy | 12/8 | J | | |
| 178. - Barrick Gold Corp. CAD - common stock | | | | | New buy | 7/27 | J | | |
| 179. - Bellsouth Corp. - common stock | | | | | New buy | 8/8 | J | | |
| 180. - Campbell Soup Company - common stock | | | | | New buy | 8/2 | J | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 5/12/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent or int) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 181. - Walt Disney Co. - common stock | | | | | New buy | 6/3 | J | | |
| 182. - El Paso Corp. - common stock | | | | | New buy | 12/15 | J | | |
| 183. - Electronic Data Systems Corp. - common sstock | | | | | New buy | 12/16 | J | | |
| 184. - General Dynamics Corp. - common stock | | | | | New buy | 7/1 | J | | |
| 185. - General Mills Inc. - common stock | | | | | New buy | 9/21 | J | | |
| 186. - Google Inc. - common stock | | | | | New buy | 4/11 | J | | |
| 187. - | | | | | Partial buy | 4/20 | J | | |
| 188. - Hartford Financial Services Group Inc. - common stock | | | | | New buy | 6/2 | J | | |
| 189. - | | | | | Partial buy | 6/3 | J | | |
| 190. - H. J. Heinz Co. - common stock | | | | | New buy | 1/12 | J | | |
| 191. - Hewlett Packard Co. - common stock | | | | | New buy | 3/18 | J | | |
| 192. - | | | | | Partial buy | 3/22 | | | |
| 193. - Honeywell International Inc. - common stock | | | | | New buy | 6/3 | | | |
| 194. - Hoya Corp. ADR - common stock | | | | | New buy | 5/27 | J | | |
| 195. - Imperial Tobacco Group PLC ADR - common stock | | | | | New buy | 9/2 | J | | |
| 196. - Johnson & Johnson - common stock | | | | | New buy | 10/7 | | | |
| 197. - Medimmune Inc. - common stock | | | | | New buy | 3/23 | | | |
| 198. - Mitsubishi UFJ Financial Group Inc. - common stock | | | | | New buy | 10/6 | J | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 5/12/2006 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 199. - | | | | | Partial buy | 10/12 | J | | |
| 200. - | | | | | Partial buy | 10/28 | J | | |
| 201. - Raytheon Company - common stock | | | | | New buy | 8/8 | J | | |
| 202. - Salesforce.com Inc. - common stock | | | | | New buy | 12/16 | J | | |
| 203. - | | | | | Partial buy | 12/20 | J | | |
| 204. - Southern Company - common stock | | | | | New buy | 11/15 | J | | |
| 205. - Sprint Nextel Corp. - common stock | | | | | New buy | 9/21 | J | | |
| 206. - SRA International Inc. - common stock | | | | | New buy | 12/28 | J | | |
| 207. - Stericycle Inc. - common stock | | | | | New buy | 1/28 | J | | |
| 208. - | | | | | Partial buy | 2/25 | J | | |
| 209. - | | | | | Partial sale | 12/8 | J | A | |
| 210. - TNT N V ADR - common stock | | | | | New buy | 12/9 | J | | |
| 211. - Tribune Co. - common stock | | | | | New buy | 6/3 | J | | |
| 212. - UBCH Holdings Inc. - common stock | | | | | New buy | 8/30 | J | | |
| 213. - | | | | | Partial buy | 9/13 | J | | |
| 214. - United Parcel Service - common stock | | | | | New buy | 1/27 | J | | |
| 215. - | | | | | Final sale | 11/3 | J | A | |
| 216. - Universal Compression Holdings - common stock | | | | | New buy | 3/29 | J | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 5/12/2006 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 217.  - | | | | | Partial buy | 4/15 | J | | |
| 218.  - | | | | | Partial buy | 4/26 | J | | |
| 219.  - | | | | | Partial buy | 10/31 | J | | |
| 220.  - Varian Medical Systems Inc. - common stock | | | | | New buy | 10/31 | J | | |
| 221.  - Vivendi Universal ADR - common stock | | | | | New buy | 2/11 | J | | |
| 222.  - XL Capital Ltd. - common stock | | | | | New buy | 12/19 | J | | |
| 223.  - Zurich Finanial Services ADR - common stock | | | | | New buy | 12/16 | J | | |
| 224.  - CITIGROUP INC. - Corp. Bond | | | | | Final sale | 2/3 | K | | - |
| 225.  - COCA COLA ENTERPRISES - Corp. Bond | | | | | | | | | |
| 226.  - FIRST DATA CORP. GLOBAL - Corp. Bond | | | | | Partial sale | 11/8 | J | | |
| 227.  - | | | | | Final sale | 12/19 | J | | |
| 228.  - GENERAL ELECTRIC - Corp. Bond | | | | | | | | | |
| 229.  - GOLDMAN SACHS GROUP - Corp. Bond | | | | | | | | | |
| 230.  - IBM - Corp. Bond | | | | | | | | | |
| 231.  - INTERNATIONAL LEASE FINANCE CORP. - Corp. Bond | | | | | | | | | |
| 232.  - SBC COMMUNICATION - Corp. Bond | | | | | Final sale | 3/23 | K | | |
| 233.  - TARGET CORP. - Corp. Bond | | | | | | | | | |
| 234.  - UNILEVER CAPITAL CORP. - Corp. Bond | | | | | Final sale | 11/1 | J | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A – $1,000 or less | B – $1,001-$2,500 | C = $2,501-$5,000 | D – $5,001-$15,000 | E – $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G – $100,001-$1,000,000 | H1 – $1,000,001-$5,000,000 | H2 – More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J – $15,000 or less | K – $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N – $250,000-$500,000 | O – $500,001-$1,000,000 | P1 – $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 – $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R – Cost (Real Estate Only) | S = Assessment | T – Cash/Market | |
| | U = Book Value | V – Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 5/12/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 235. - WAL-MART STORES INC. - Corp. Bond | | | | | | | | | |
| 236. - WELLS FARGO & CO. - Corp. Bond | | | | | Final sale | 3/23 | K | | |
| 237. - FEDERAL NATL MTG ASSN GLOBAL - Gov. Bond (#2) | | | | | Partial sale | 10/12 | K | | |
| 238. - U.S. TREASURY NOTES - Gov. Bond (#2) | | | | | Partial sale | 2/18 | J | | |
| 239. - | | | | | Partial buy | 3/23 | J | | |
| 240. - | | | | | Partial sale | 7/22 | J | | |
| 241. - | | | | | Final sale | 9/15 | J | | |
| 242. - BANK ONE CORP. - Corp. Bond | | | | | | | | | |
| 243. - COUNTRYWIDE HOME LOAN - Corp. Bond | | | | | | | | | |
| 244. - FEDERAL HOME LOAN MORTGAGE - Gov. Bond | | | | | | | | | See note in Section VIII |
| 245. - U.S. TREASURY NOTES - Gov. Bond (#3) | | | | | Final sale | 9/15 | K | | |
| 246. - U.S. TREASURY NOTES - Gov. Bond (#4) | | | | | Partial buy | 3/23 | J | | |
| 247. - | | | | | Partial buy | 6/23 | J | | |
| 248. - BANK OF AMERICA CORP. GLOBAL - Corp. Bond (new) | | | | | New buy | 11/19 | J | | |
| 249. - CITIGROUP INC. GLOBAL NOTES - Corp. Bond (new) | | | | | New buy | 2/3 | J | | |
| 250. - HOME DEPOT INC. GLOBAL NOTES - Corp. Bond (new) | | | | | New buy | 11/2 | J | | |
| 251. U.S. TREASURY NOTES-SER C 2011 - Gov. Bond (new) | | | | | New buy | 7/22 | J | | |
| 252. U.S. TREASURY NOTES-SER B 2012 - Gov. Bond (new) | | | | | New buy | 9/15 | K | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 5/12/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 253. U.S. TREASURY NOTES-SER E 2014 - Gov. Bond (new) | | | | | New buy | 10/12 | J | | |
| 254. U.S. TREASURY NOTES-SER E 2010 - Gov. Bond (new) | | | | | New buy | 2/18 | J | | |
| 255. - | | | | | Partial buy | 3/23 | J | | |
| 256. - | | | | | Partial buy | 6/23 | J | | |
| 257. Wells Fargo Bank - Account | | None | J | T | | | | | |
| 258. Kadison, Pfaelzer, Woodard, Quinn & Rossi Inv. Ptnrship. | A | Interest | K | T | | | | | |
| 259. Trust I | A | Dividend | L | T | | | | | |
| 260. - Berkshire Hathaway Inc. - Class B stock | | | | | | | | | |
| 261. - Cash equivalent - The Seidler Companies | | | | | | | | | |
| 262. BROKERAGE ACCOUNT #2 | | | | | | | | | |
| 263. - Cash equivalent - Smith Barney | E | Int. & Div. | K | T | | | | | |
| 264. - Alcoa Inc. - common stock | A | Dividend | | | Partial sale | 11/21 | J | A | |
| 265. - | | | | | Final sale | 11/22 | J | | |
| 266. - Ameren Corp. - common stock | A | Dividend | J | T | | | | | |
| 267. - American International Group - common stock | A | Dividend | J | T | Partial sale | 3/16 | J | | |
| 268. - | | | | | Partial sale | 4/29 | J | | |
| 269. - Amgen Inc. - common stock | | None | J | T | | | | | |
| 270. - Apple Computer Inc. - common stock | | None | | | Partial sale | 2/14 | J | B | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 5/12/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 271. - | | | | | Final sale | 3/18 | J | A | |
| 272. - Archer-Daniels-Midland Co. - common stock | A | Dividend | | | Partial sale | 9/27 | J | A | |
| 273. - | | | | | Final sale | 9/28 | J | A | |
| 274. - Sanofi-Aventis ADR common stock | A | Dividend | J | T | | | | | |
| 275. - AXA S.A. ADR - common stock | A | Dividend | J | T | | | | | |
| 276. - BP PLC ADR - common stock | A | Dividend | J | T | | | | | |
| 277. - Baker Hughes Inc. - common stock | A | Dividend | J | T | | | | | |
| 278. - Ball Corp. - common stock | A | Dividend | J | T | | | | | |
| 279. - Barclays PLC ADR - common stock | A | Dividend | J | T | | | | | |
| 280. - Best Buy Inc. - common stock | A | Dividend | J | T | Partial sale | 310 | J | A | |
| 281. - CMS Energy Corp. - common stock | | None | J | T | | | | | |
| 282. - Cadbury Schweppes PLC - common stock | A | Dividend | J | T | Partial sale | 10/10 | J | A | |
| 283. - Canon Inc. - common stock | A | Dividend | J | T | | | | | |
| 284. - Cardinal Health Inc. - common stock | A | Dividend | | | Partial sale | 9/12 | J | | |
| 285. - | | | | | Final sale | 9/14 | J | A | |
| 286. - Caremark RX Inc. - common stock | | None | J | T | Partial sale | 1/18 | J | A | |
| 287. - | | | | | Partial sale | 3/3 | J | A | |
| 288. - | | | | | Partial sale | 5/4 | J | A | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 5/12/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. (2) Date: Month - Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 289. - Cisco Systems Inc. - common stock | | None | J | T | Partial buy | 3/22 | J | | |
| 290. - Cintas Corp. - common stock | A | Dividend | | | Final sale | 4/26 | J | | |
| 291. - Citigroup Inc. - common stock | A | Dividend | J | T | Partial sale | 3/10 | J | A | |
| 292. - | | | | | Partial sale | 4/1 | J | A | |
| 293. - | | | | | Partial buy | 12/27 | J | | |
| 294. - Clear Channel Communications - common stock | A | Dividend | | | Partial sale | 6/27 | J | A | |
| 295. - | | | | | Final sale | 7/5 | J | | |
| 296. - Chemtura Corp. - (formerly Crompton Corp.) - common stock | A | Dividend | J | T | Merger | | | | See note in Section VIII |
| 297. - Danske Bank A/S ADR - common stock | A | Dividend | J | T | | | | | |
| 298. - Deere & Company - common stock | A | Dividend | J | T | | | | | |
| 299. - Diageo PLC ADR - common stock | A | Dividend | J | T | | | | | |
| 300. - Eastman Chemical Company - common stock | A | Dividend | J | T | | | | | |
| 301. - Eaton Corp. - common stock | A | Dividend | J | T | | | | | |
| 302. - EMC Corp. - common stock | | None | J | T | | | | | |
| 303. - Emerson Electric Corp. - common stock | A | Dividend | J | T | | | | | |
| 304. - ENI S.P.A ADR - common stock | A | Dividend | J | T | | | | | |
| 305. - EOG Resources Inc. - common stock | A | Dividend | J | T | Partial sale | 10/3 | J | A | |
| 306. - Everest Reinsurance Group - common stock | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 5/12/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. - Exxon Mobil Corp. - common stock | A | Dividend | K | T | Partial buy | 4/29 | J | | |
| 308. - | | | | | Partial buy | 5/31 | J | | |
| 309. - Fiserv Inc. - common stock | | None | J | T | | | | | |
| 310. - Bank of America - common stock | A | Dividend | J | T | | | | | |
| 311. - Gap Inc. - common stock | A | Dividend | | | Partial sale | 4/5 | J | A | |
| 312. - | | | | | Final sale | 4/6 | J | A | |
| 313. - General Electric Inc. - common stock | A | Dividend | J | T | | | | | |
| 314. - Genuine Parts Co. - common stock | A | Dividend | J | T | | | | | |
| 315. - Georgia Pacific Corp. - common stock | A | Dividend | | | Final sale | 12/20 | J | B | |
| 316. - Glaxosmithkline PLC ADR - common stock | A | Dividend | J | T | | | | | |
| 317. - W. W. Grainger Inc. - common stock | A | Dividend | J | T | | | | | |
| 318. - HSBC Holdings PLC ADR - common stock | A | Dividend | J | T | | | | | |
| 319. - Healthcare Realty Trust Inc. - common stock | A | Dividend | J | T | | | | | |
| 320. - Heineken NV ADR - common stock | A | Dividend | J | T | | | | | |
| 321. - Home Depot Inc. - common stock | A | Dividend | J | T | | | | | |
| 322. - Hubbell Inc. - common stock | A | Dividend | J | T | | | | | |
| 323. - Illinois Tool Works Inc. - common stock | A | Dividend | J | T | Partial sale | 11/1 | J | A | |
| 324. - Intel Corp. - common stock | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 5/12/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 325. - International Business Machines Corp. - common stock | A | Dividend | | | Partial sale | 4/15 | J | | |
| 326. - | | | | | Final sale | 7/12 | J | | |
| 327. - International Paper Co. - common stock | A | Dividend | J | T | | | | | |
| 328. - JP Morgan Chase & Co. - common stock | A | Dividend | J | T | Partial sale | 9/7 | J | A | |
| 329. - KAO Corp. ADR - common stock | A | Dividend | J | T | | | | | |
| 330. - Leggett & Platt Inc. - common stock | A | Dividend | | | Partial sale | 11/22 | J | | |
| 331. - | | | | | Final sale | 11/23 | J | | |
| 332. - Eli Lilly & Co. - common stock | A | Dividend | | | Final sale | 3/17 | J | | |
| 333. - Medtronic Inc. - common stock | A | Dividend | J | T | | | | | |
| 334. - Mellon Financial Corp. - common stock | A | Dividend | | | Final sale | 11/3 | J | A | |
| 335. - Merck & Company - common stock | A | Dividend | J | T | | | | | |
| 336. - Microsoft Corp. - common stock | A | Dividend | J | T | | | | | |
| 337. - Mylan Laboratories Inc. - common stock | A | Dividend | J | T | | | | | |
| 338. - Nestle S.A. ADR - common stock | A | Dividend | J | T | | | | | |
| 339. - Newell Rubbermaid Inc. - common stock | A | Dividend | J | T | | | | | |
| 340. - Nokia Corp. ADR - common stock | A | Dividend | J | T | | | | | |
| 341. - Northeast Utilities - common stock | A | Dividend | J | T | | | | | |
| 342. - Novartis AG ADR - common stock | A | Dividend | J | T | Partial sale | 2/4 | J | A | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 5/12/2006 |

## VII. INVESTMENTS and TRUSTS  – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 343. - | | | | | Partial buy | 10/12 | J | | |
| 344. - | | | | | Partial buy | 12/06 | J | | |
| 345. - Pactiv Corp. - common stock | . | None | J | T | | | | | |
| 346. - PartnerRe Ltd. - BMD - common stock | A | Dividend | J | T | | | | | |
| 347. - Pepsico Inc. - common stock | A | Dividend | J | T | | | | | |
| 348. - Pfizer Inc. - common stock | A | Dividend | J | T | Partial sale | 1/20 | J | | |
| 349. - | | | | | Partial buy | 7/18 | J | | |
| 350. - Potash Corp. of Saskatchewan Inc.- common stock | A | Dividend | J | T | | | | | |
| 351. - Royal Dutch Shell PLC - common stock | A | Dividend | J | T | | | | | Name change 7/20/05 |
| 352. A T & T - common stock (formerly SBC Communications) | A | Dividend | J | T | | | | | Name change - 2005 |
| 353. - San Paolo IMI SpA ADR - common stock | A | Dividend | J | T | | | | | |
| 354. - Schering Plough Corp. - common stock | A | Dividend | J | T | | | | | |
| 355. - Schlumberger Ltd. - common stock | A | Dividend | J | T | | | | | |
| 356. - Siemens AG ADR - common stock | A | Dividend | J | T | Partial buy | 6/23 | J | | |
| 357. - Snap-On Inc. - common stock | A | Dividend | J | T | | | | | |
| 358. - Societe Generale ADR - common stock | A | Dividend | J | T | | | | | |
| 359. - Southwest Gas Corp. - common stock | A | Dividend | J | T | | | | | |
| 360. - Staples Inc. - common stock | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 5/12/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 361. - State Street Corp. - common stock | A | Dividend | J | T | Partial sale | 2/4 | J | | |
| 362. - Sybase Inc. - common stock | | None | J | T | | | | | |
| 363. - Target Corp. - common stock | A | Dividend | J | T | Partial sale | 3/3 | J | A | |
| 364. - | | | | | Partial sale | 5/18 | J | A | |
| 365. - Timkin Co. - common stock | A | Dividend | J | T | | | | | |
| 366. - Tommy Hilfiger - common stock | | None | J | T | | | | | |
| 367. - Total S.A. ADR - common stock | A | Dividend | J | T | | | | | |
| 368. - UBS AG-CHF - common stock | A | Dividend | J | T | Partial sale | 10/27 | J | A | |
| 369. - Unilever PLC ADR - common stock | A | Dividend | J | T | Partial sale | 10/6 | J | A | |
| 370. - Union Pacific Corp. - common stock | A | Dividend | J | T | | | | | |
| 371. - United Parcel Service - common stock | A | Dividend | J | T | Partial sale | 11/3 | J | A | |
| 372. - Verizon Communications - common stock | A | Dividend | J | T | | | | | |
| 373. - Viacom Inc. - common stock | A | Dividend | J | T | | | | | |
| 374. - Wachovia Corp. - common stock | A | Dividend | J | T | | | | | |
| 375. - Wal-Mart Stores Inc. - common stock | A | Dividend | J | T | Partial buy | 9/14 | J | | |
| 376. - | | | | | Partial sale | 9/20 | J | | |
| 377. - Walgreen Co. - common stock | A | Dividend | J | T | Partial sale | 2/15 | J | A | |
| 378. - Waste Management Inc. - common stock | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 5/12/2006 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 379.   - Wells Fargo & Co. - common stock | A | Dividend | J | T | Partial sale | 7/5 | J | A | |
| 380.   - Wyeth - common stock | A | Dividend | J | T | | | | | |
| 381.   - Xerox Corp. - common stock | | None | | | Final sale | 11/25 | J | | |
| 382.   - XL Capital Ltd. - common stock | A | Dividend | J | T | Partial buy | 12/19 | J | | |
| 383.   - LOS ANGELES CALIF DEPT ARPTS - Muni. Bond | A | Interest | | | Final sale | 4/5 | K | A | |
| 384.   - METROPOLITAN WTR DIST SOUTHN - Muni. Bond | A | Interest | | | Final sale | 6/6 | K | A | |
| 385.   - CALIF ST (DOT) FBD HWY GRANT - Muni. Bond | A | Interest | K | T | Partial buy | 8/29 | J | | |
| 386.   - CALIF ST ECONOMIC RECOVERY - Muni. Bond | A | Interest | | | Final sale | 9/9 | K | A | |
| 387.   - CALIF ST G/O REF BOOK  - Muni. Bond | A | Interest | | | Final sale | 10/14 | K | A | |
| 388.   - FOOTHILL/EASTERN TRANSN CORRDR - Muni Bond | A | Interest | K | T | | | | | |
| 389.   - L.A. CALIF USD G/O - Muni. Bond | A | Interest | | | Final sale | 12/5 | K | A | |
| 390.   - MET WTR DIST SO. CALIF  WTRWKS - Muni. Bond | A | Interest | K | T | | | | | |
| 391.   - RIVERSIDE CA ELEC REV - Muni. Bond | A | Interest | K | T | | | | | |
| 392.   - SAN JOSE CA REDEV AGY TAX ALLC - Muni. Bond | A | Interest | K | T | | | | | |
| 393.   - CALIF. ST. DEPT WAT RES WATER REV - (New) - Muni Bond | A | Interest | K | T | New buy | 9/9 | K | | |
| 394.   - CONTRA COSTA CALIF. WATR DIST - (New) - Muni Bond | A | Interest | | | New buy | 6/14 | K | | |
| 395.   - | | | | | Final sale | 11/22 | K | A | |
| 396.   - LOS ANGELES CNTY CALIF MTA SALES - (New) - Muni Bond | A | Interest | K | T | New buy | 12/5 | K | | |

1. Income/Gain Codes:       A = $1,000 or less        B = $1,001-$2,500        C = $2,501-$5,000        D = $5,001-$15,000        E = $15,001-$50,000
   (See Columns B1 and D4)    F = $50,001-$100,000     G = $100,001-$1,000,000     H1 = $1,000,001-$5,000,000     H2 = More than $5,000,000
2. Value Codes:       J = $15,000 or less        K = $15,001-$50,000        L = $50,001-$100,000        M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000     O = $500,001-$1,000,000     P1 = $1,000,001-$5,000,000     P2 = $5,000,001-$25,000,000
                             P3 = $25,000,001-$50,000,000        P4 = $More than $50,000,000
3. Value Method Codes       Q = Appraisal        R = Cost (Real Estate Only)        S = Assessment        T = Cash/Market
   (See Column C2)       U = Book Value        V = Other        W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 5/12/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 397. - LOS GATOS CALIF JT UN HIGH SCH - (New) - Muni Bond | A | Interest | K | T | New buy | 10/8 | K | | |
| 398. - MT SAN ANTONIO CALIF CMNTY COL (New) - Muni Bond | A | Interest | K | T | New buy | 11/22 | K | | |
| 399. - SACRAMENTO CALIF. PWR AUTH COGEN (New) - Muni Bond | A | Interest | K | T | New buy | 4/8 | J | | |
| 400. - Allied Irish Banks - common stock | A | Dividend | J | T | Partial sale | 2/8 | J | A | |
| 401. - Bank of New York - common stock | A | Dividend | J | T | | | | | |
| 402. - Bausch & Lomb, Inc. - common stock | A | Dividend | J | T | | | | | |
| 403. - CIE *Financiere Richemont AG - common stock | A | Dividend | | | Final sale | 12/14 | J | B | |
| 404. - CNH Global N.V. - common stock | A | Dividend | J | T | | | | | |
| 405. - Comcast Corp. - common stock | | None | J | T | | | | | |
| 406. - CSX Corp. - common stock | A | Dividend | | | Final sale | 5/26 | J | A | |
| 407. - Cummins Inc. - common stock | A | Dividend | J | T | | | | | |
| 408. - Dana Corp. - common stock | A | Dividend | J | T | | | | | |
| 409. - E. I. Du Pont de Nemours & Co. - common stock | A | Dividend | J | T | | | | | |
| 410. - Foot Locker Inc. - common stock | A | Dividend | J | T | Partial buy | 3/18 | J | | |
| 411. - Procter & Gamble - common stock | A | Dividend | J | T | Partial buy | 1/19 | J | | See note in Section VIII |
| 412. - | | | | | Partial buy | 6/23 | J | | |
| 413. - | | | | | Partial buy | 7/19 | J | | |
| 414. - Halliburton Co. - common stock | A | Dividend | J | T | Partial sale | 6/29 | J | B | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 5/12/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 415. - | | | | | Partial sale | 9/26 | J | A | |
| 416. - Host Marriott Corp. - common stock | A | Dividend | J | T | | | | | |
| 417. - Meadwestvaco Corp. - common stock | A | Dividend | J | T | | | | | |
| 418. - Merrill Lynch & Co. Inc. - common stock | A | Dividend | | | Partial sale | 7/19 | J | A | |
| 419. - | | | | | Final sale | 7/20 | J | | |
| 420. - Monsanto Company - common stock | A | Dividend | J | T | Partial sale | 12/1 | J | A | |
| 421. - Motorola Inc. - common stock | A | Dividend | J | T | Partial sale | 11/2 | J | A | |
| 422. - Newmont Mining Corp. - common stock | A | Dividend | J | T | | | | | |
| 423. - Nike Inc. - common stock | A | Dividend | J | T | | | | | |
| 424. - Parker-Hannifin Corp. - common stock | A | Dividend | J | T | | | | | |
| 425. - Praxair Inc. - common stock | A | Dividend | J | T | Partial sale | 10/17 | J | A | |
| 426. - Pride International Inc. - common stock | | None | | | Partial sale | 9/29 | J | A | |
| 427. - | | | | | Partial sale | 11/2 | J | A | |
| 428. - | | | | | Final sale | 11/3 | J | A | |
| 429. - Rohm & Haas Co. - common stock | A | Dividend | | | Final sale | 7/12 | J | A | |
| 430. - Safeco Corp. - common stock | A | Dividend | J | T | Partial sale | 5/4 | J | A | |
| 431. - Sysco Corp. - common stock | A | Dividend | J | T | Partial sale | 9/20 | J | A | |
| 432. - Teradyne, Inc. - common stock | | None | | | Final sale | 5/6 | J | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,00 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 5/12/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 433. - Tesco PLC ADR - common stock | A | Dividend | J | T | | | | | |
| 434. - Abbott Laboratories - common stock | A | Dividend | J | T | | | | | |
| 435. - Adobe Systems Inc. - common stock | A | Dividend | | | Partial sale | 4/1 | J | A | |
| 436. - | | | | | Final sale | 4/27 | J | A | |
| 437. - Aetna Inc. - common stock | A | Dividend | J | T | | | | | |
| 438. - Aflac Inc. - common stock | A | Dividend | J | T | | | | | |
| 439. - Cadence Design Systems Inc. - common stock | | None | J | T | | | | | |
| 440. - Credit Suisse Group ADR - common stock | A | Dividend | J | T | | | | | |
| 441. - Dell Inc. - common stock | | None | J | T | | | | | |
| 442. - Genentech Inc. - common stock | | None | J | T | Partial sale | 12/6 | J | A | |
| 443. - Globalsantafe Corp. - common stock | A | Dividend | J | T | Partial sale | 10/7 | J | A | |
| 444. - Interpublic Group of Cos. Inc. - common stock | | None | J | T | | | | | |
| 445. - Kraft Foods - common stock | A | Dividend | J | T | | | | | |
| 446. - Maxim Integrated Prods. Inc. - common stock | A | Dividend | J | T | | | | | |
| 447. - Nisource Inc. - common stock | A | Dividend | J | T | | | | | |
| 448. - Progress Energy Inc. - common stock | A | Dividend | J | T | | | | | |
| 449. - Roche Hldg. Ltd. ADR - common stock | A | Dividend | | | Final sale | 8/10 | J | B | |
| 450. - Swiss Reinsurance ADR - common stock | A | Dividend | J | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4) F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3) N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2) U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 5/12/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 451. - Teva Pharmaceutical Inds. Ltd. ADR - common stock | A | Dividend | J | T | | | | | |
| 452. - Tyco International Ltd. - common stock | A | Dividend | | | Final sale | 9/7 | J | | |
| 453. - Vodafone Group PLC ADR - common stock | A | Dividend | J | T | | | | | |
| 454. - Alexandria Real Estate Equities - common stock | A | Dividend | J | T | | | | | |
| 455. - American Financial Realty Trust - common stock | A | Dividend | J | T | | | | | |
| 456. - American Greetings Corp. - common stock | A | Dividend | J | T | | | | | |
| 457. - Apache Corp. - common stock | A | Dividend | J | T | | | | | |
| 458. - Archstone Smith Trust - common stock | A | Dividend | J | T | | | | | |
| 459. - Avalonbay Comntys Inc. - common stock | A | Dividend | J | T | | | | | |
| 460. - Avaya Inc. - common stock | | None | J | T | | | | | |
| 461. - Baxter Internatinal Inc. - common stock | A | Dividend | J | T | | | | | |
| 462. - Boston Properties Inc. - common stock | A | Dividend | J | T | | | | | |
| 463. - Brandywine Realty Trust - common stock | A | Dividend | J | T | | | | | |
| 464. - BRE Pptys Inc. - common stock | A | Dividend | J | T | | | | | |
| 465. - Brookfield Properties Corp. - common stock | A | Dividend | J | T | | | | | |
| 466. - CAI Multi-Strategy Series M - hedge fund | | None | L | T | | | | | |
| 467. - Carramerica Realty Corp. - common stock | A | Dividend | J | T | | | | | |
| 468. - Catellus Dev. Corp. - common stock | A | Dividend | | | Final sale | 8/10 | J | A | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 5/12/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 469. - Centerpoint Pptys Trust - common stock | A | Dividend | J | T | | | | | |
| 470. - Centurytel Inc. - common stock | A | Dividend | J | T | | | | | |
| 471. - Cigna Corp. - common stock | A | Dividend | | | Final sale | 10/31 | J | A | |
| 472. - Citigroup Diversified Futures - Managed futures fund | C | Dividend | L | T | | | | | |
| 473. - Clorox Company - common stock | A | Dividend | J | T | | | | | |
| 474. - Computer Sciences Inc. - common stock | | None | | | Final sale | 11/10 | J | | |
| 475. - Conseco Inc. - common stock | | None | J | T | | | | | |
| 476. - CVS Corp. - common stock | A | Dividend | J | T | | | | | |
| 477. - Dean Foods Co. - common stock | | None | J | T | | | | | |
| 478. - Treehouse Foods Inc. - common stock | | | | | Final sale | 10/7 | J | A | Spin-off from Dean Foods Co. |
| 479. - Developers Diversified Realty CP Corp. - common stock | A | Dividend | J | T | | | | | |
| 480. - Duke Realty Company - common stock | A | Dividend | | | Final sale | 4/4 | J | | |
| 481. - Electronic Arts - common stock | | None | | | Partial sale | 3/22 | J | A | |
| 482. - | | | | | Final sale | 8/30 | J | | |
| 483. - Enel Societa Per Azion ADR - common stock | | None | | | Final sale | 5/10 | J | | |
| 484. - Equity Residential - common stock | A | Dividend | J | T | | | | | |
| 485. - Essex Property Trust Inc. - common stock | A | Dividend | J | T | | | | | |
| 486. - Extra Space Storage Inc. - common stock | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 5/12/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 487. - Fairmont Hotels & Resorts - common stock | A | Dividend | | | Final sale | 5/6 | J | A | |
| 488. - Federal Realty Invt TR SBI - common stock | A | Dividend | J | T | | | | | |
| 489. - Federated Dept. Stores - common stock | A | Dividend | J | T | Merger | | | | See note in Section VIII |
| 490. - General Growth Properties - common stock | A | Dividend | J | T | | | | | |
| 491. - Hilton Hotels Inc. - common stock | A | Dividend | J | T | | | | | |
| 492. - Innkeepers USA Trust - common stock | A | Dividend | | | Final sale | 4/22 | J | A | |
| 493. - Kilroy Realty Corp. - common stock | A | Dividend | | | Final sale | 7/15 | J | A | |
| 494. - Kimberly-Clark Corp. - common stock | A | Dividend | J | T | | | | | |
| 495. - King Pharmaceuticals - common stock | | None | J | T | | | | | |
| 496. - Kite Realty Group Trust - common stock | A | Dividend | | | Final sale | 6/29 | J | A | |
| 497. - Kroger Co. - common stock | | None | J | T | | | | | |
| 498. - LaSalle Hotel Pptys. SBI - common stock | A | Dividend | J | T | | | | | |
| 499. - Macherich Company - common stock | A | Dividend | J | T | | | | | |
| 500. - Mack Cali Realty Corp. - common stock | A | Dividend | | | Final sale | 4/6 | J | | |
| 501. - McAfee Inc. - common stock | | None | J | T | | | | | |
| 502. - McGraw Hill Cos. Inc. - common stock | A | Dividend | J | T | | | | | |
| 503. - Mills Corp. - common stock | A | Dividend | J | T | | | | | |
| 504. - Mosaic Company - common stock | | None | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and B4) | A – $1,000 or less | B = $1,001-$2,500 | C – $2,501-$5,000 | D – $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G – $100,001-$1,000,000 | H1 – $1,000,001-$5,000,000 | H2 – More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J – $15,000 or less | K – $15,001-$50,000 | L – $50,001-$100,000 | M – $100,001-$250,000 | |
| | N – $250,000-$500,000 | O – $500,001-$1,000,000 | P1 – $1,000,001-$5,000,000 | P2 – $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 – $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q – Appraisal | R = Cost (Real Estate Only) | S – Assessment | T = Cash/Market | |
| | U – Book Value | V – Other | W – Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 5/12/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 505. - Nomura Holdings Inc. ADR - common stock | A | Dividend | J | T | | | | | |
| 506. - Nortel Networks Corp. - common stock | | None | | | Final sale | 1/18 | J | | |
| 507. - Officemax Inc. - common stock | A | Dividend | J | T | | | | | |
| 508. - Pan Pacific Retail Properties - common stock | A | Dividend | | | Final sale | 7/8 | J | A | |
| 509. - Plum Creek Timber Co. - common stock | A | Dividend | | | Final sale | 4/29 | J | | |
| 510. - PMI Group Inc. - common stock | A | Dividend | J | T | | | | | |
| 511. - Prologis SH Ben Int - common stock | A | Dividend | J | T | | | | | |
| 512. - Public Storage Inc. - common stock | A | Dividend | J | T | | | | | |
| 513. - Regency Centers Corp. - common stock | A | Dividend | J | T | | | | | |
| 514. - R. H. Donnelley Corp. - common stock | | None | J | T | | | | | |
| 515. - R. R. Donnelley & Sons Co. - common stock | A | Dividend | J | T | | | | | |
| 516. - Schering A G ADR - common stock | A | Dividend | J | T | | | | | |
| 517. - Shurgard Storage Ctrs. Inc. - common stock | A | None | | | Final sale | 2/3 | J | A | |
| 518. - Simon Ppty. Group Inc. - common stock | A | Dividend | J | T | | | | | |
| 519. - SL Green Realty Corp. - common stock | A | Dividend | J | T | | | | | |
| 520. - Solectron Corp. - common stock | | None | | | Final sale | 6/9 | J | | |
| 521. - Starwood Hotels & Resorts Worldwide - common stock | | None | J | T | | | | | |
| 522. - Trizec Properties Inc. - common stock | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4). | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 5/12/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 523. - United Dominion Realty Trust - common stock | A | Dividend | J | T | | | | | |
| 524. - Ventas Inc. - common stock | A | Dividend | J | T | | | | | |
| 525. - Vornado Realty TR SBI - common stock | A | Dividend | J | T | Partial buy | 6/9 | J | | |
| 526. - AMB Property Corp. - common stock | A | Dividend | J | T | New buy | 5/26 | J | | |
| 527. - American Century CA High Yield Municipal Fund | B | Dividend | L | T | New buy | 2/9 | L | | |
| 528. - Arden Realty Inc. - common stock | A | Dividend | J | T | New buy | 7/28 | J | | |
| 529. - Automatic Data Processing - common stock | A | Dividend | J | T | New buy | 8/23 | J | | |
| 530. - | | | | | Partial buy | 12/8 | J | | |
| 531. - B J Services - common stock | | None | J | T | New buy | 11/29 | J | | |
| 532. - | | | | | Partial buy | 12/12 | J | | |
| 533. - Barrick Gold Corp. CAD - common stock | A | Dividend | J | T | New buy | 7/27 | J | | |
| 534. - Bellsouth Corp. - common stock | A | Dividend | J | T | New buy | 8/8 | J | | |
| 535. - Bowater Inc. - common stock | A | Dividend | J | T | New buy | 3/17 | J | | |
| 536. - Brinker International Inc. - commons tock | A | Dividend | J | T | New buy | 3/10 | J | | |
| 537. - Campbell Soup Company - common stock | A | Dividend | J | T | New buy | 8/2 | J | | |
| 538. - Camden Property Trust SBI - common stock | A | Dividend | J | T | New buy | 2/14 | J | | |
| 539. - CBL & Assoc. PPTYS Inc. - common stock | A | Dividend | J | T | New buy | 9/9 | J | | |
| 540. - Colonial PPTYS Trust SBI - common stock | A | Dividend | J | T | New buy | 7/14 | J | | |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
   (See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
   (See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
   (See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 5/12/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 541. - EBay – common stock | | None | J | T | New buy | 4/1 | J | | |
| 542. - | | | | | Partial buy | 5/4 | J | | |
| 543. - El·Paso Corporation - common stock | | None | J | T | New buy | 12/15 | J | | |
| 544. - Electronic Data Sys Corp. -.common stock | | None | J | T | New buy | 12/16 | J | | |
| 545. - Equity Office Properties Trust – common stock | A | Dividend | J | T | New buy | 11/1 | J | | |
| 546. - General Dynamics Corp. - common stock | A | Dividend | J | T | New buy | 7/1 | J | | |
| 547. - General Mills Inc. - common stock | A | Dividend | J | T | New buy | 9/21 | J | | |
| 548. - Genworth Financial Inc. - common stock | A | Dividend | J | T | New buy | 7/29 | J | | |
| 549. - H. J. Heinz Company – common stock | A | Dividend | J | T | New buy | 1/12 | J | | |
| 550. - Hartford Financial Services - common stock | A | Dividend | J | T | New buy | 6/2 | J | | |
| 551. - | | | | | Partial buy | 6/3 | J | | |
| 552. - Health Care REIT - common stock | A | Dividend | J | T | New buy | 12/15 | J | | |
| 553. - Hewlett Packard Co. - common stock | A | Dividend | J | T | New buy | 3/18 | J | | |
| 554. - Honeywell International Inc. - common stock | A | Dividend | J | T | New buy | 6/03 | J | | |
| 555. - Hoya Corp. ADR - common stock | A | Dividend | J | T | New buy | 5/27 | J | | |
| 556. - Imperial Tobacco Group, PLC ADR - common stock | | None | J | T | New buy | 9/2 | J | | |
| 557. - Inland Real Estate Corp. - common stock | A | Dividend | | | New buy | 1/21 | J | | |
| 558. - | | | | | Final sale | 3/24 | J | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A· = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000 ● = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 P4 = $More than $50,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 5/12/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A -H) | (2)<br>Type (e.g.<br>div, rent, or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 559. - Johnson & Johnson - common stock | A | Dividend | J | T | New buy | 1/20 | J | | |
| 560. - | | | | | Partial buy | 8/30 | J | | |
| 561. - | | | | | Partial buy | 10/7 | J | | |
| 562. - La Quinta Corp. - common stock | | None | | | New buy | 7/13 | J | | |
| 563. - | | | | | Final sale | 9/22 | J | | |
| 564. - Medimmune Inc. - common stock | | None | J | T | New buy | 3/23 | J | | |
| 565. - Mitsubishi UFJ Financial Group Inc. ADR - common stock | | None | J | T | New buy | 10/6 | J | | |
| 566. - | | | | | Partial buy | 10/12 | J | | |
| 567. - | | | | | Partial buy | 10/28 | J | | |
| 568. - New Plan Excel Realty TR Inc. - common stock | A | Dividend | J | T | New buy | 6/2 | J | | |
| 569. - Nuveen High Yield Municipal Bond Fund | B | Dividend | L | T | New buy | 2/9 | L | | |
| 570. - Post Properties Inc. - common stock | A | Dividend | J | T | New buy | 6/9 | J | | |
| 571. - Prentiss PPTYS Trust - common stock | A | Dividend | J | T | New buy | 6/9 | J | | |
| 572. - PS Business PKS Inc. Calif. - common stock | A | Dividend | J | T | New buy | 6/9 | J | | |
| 573. - Qwest Communications International - common stock | | None | J | T | New buy | 12/1 | J | | |
| 574. - Raytheon Company - common stock | A | Dividend | J | T | New buy | 8/8 | J | | |
| 575. - Reckson Associates Realty Corp. - common stock | A | Dividend | J | T | New buy | 4/4 | J | | |
| 576. - Sabre Group Holdings Inc. - common stock | A | Dividend | J | T | New buy | 5/2 | J | | |

1. Income/Gain Codes:   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 5/12/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 577. - | | | | | Partial buy | 10/4 | J | | |
| 578. - Sprint Nextel Corp. - common stock | A | Dividend | J | T | New buy | 9/21 | J | | |
| 579. - Starbucks - common stock | | None | J | T | New buy | 4/20 | J | | |
| 580. - | | | | | Partial buy | 6/28 | J | | |
| 581. - Tellabs Inc. - common stock | | None | J | T | New buy | 12/14 | J | | |
| 582. - TNT N V ADR - common stock | | None | J | T | New buy | 12/9 | J | | |
| 583. - Tribune Co. - common stock | A | Dividend | J | T | New buy | 7/7 | J | | |
| 584. - U-Store-it Trust - common stock | A | Dividend | J | T | New buy | 7/26 | J | | |
| 585. - Vivendi Universal ADR - common stock | A | Dividend | J | T | New buy | 2/11 | J | | |
| 586. - Walt Disney - common stock | | None | J | T | New buy | 6/30 | J | | |
| 587. - Westwood One Inc. - common stock | A | Dividend | J | T | New buy | 1/14 | J | | |
| 588. - Zebra Technologies - common stock | | None | | | New buy | 1/18 | J | | |
| 589. - | | | | | Final sale | 7/27 | J | | |
| 590. - Zimmer Holdings Inc. - common stock | | None | J | T | New buy | 1/18 | J | | |
| 591. - | | | | | Partial buy | 2/1 | J | | |
| 592. - | | | | | Partial buy | 3/17 | J | | |
| 593. - Zurich Financial Services ADR - common stock | | None | J | T | New buy | 12/16 | J | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | MORROW, MARGARET M | 5/12/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

SECTION VII:

BROKERAGE ACCOUNT #1

Page 7, lines 116: Procter & Gamble purchased Gillette Company in January 2005.

Page 14, line 244: In my 2004 Financial Disclosure Report, Part 7, Page 13, lines 221-222, I inadvertantly reported a final sale in my Federal Home Loan Mortgage government bond. In fact, it was a partial sale and there are no reportable transactions during this current period.

BROKERAGE ACCOUNT #2

Page 17, line 296. On July 1, 2005, Crompton Corporation and Great Lakes Chemical Corporation merged; the name of the company became Chemtura Corporation. There are no reportable transactions in my Chemtura Corporation position.

Page 23, lines 411: Gillette Company listed in Part 7, Page 23, line 403 of my 2004 Financial Disclosure Report was purchased by Procter & Gamble in January 2005. Procter & Gamble and that entry has now been combined with the entry in Part 7, Page 23, line 411 of my current 2005 Financial Disclosure Report.

Page 28, line 489: May Dept. Stores Co. listed in Part 7, Page 29, line 511 of my 2004 Financial Dissclosure Report merged with Federated Department Stores on August 30, 2005. Federated Department Stores and that entry has now been combined with the entry in Part 7, Page 28, line 489 of my current 2005 Financial Disclosure Report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____    Date_ _May 12, 2006_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544